Certificate Number: 05781-CAC-DE-025631222

Bankruptcy Case Number: 15-17484



05781-CAC-DE-025631222

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 30, 2015, at 1:57 o'clock PM PDT, Susan Mulley completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   May 30, 2015    By:   /s/Allison M Geving

Name:   Allison M Geving

Title:   President