```
DAVID S. HAGEN - SBN 110588
LAW OFFICES OF DAVID S. HAGEN
16830 Ventura Blvd., Suite 500
Encino, California 91436-1795
(818) 990-4416
Fax: (818) 990-5680
email: davidhagenlaw@gmail.com

Attorney for Debtor
```

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>SUSAN J MULLEY,<br><br><br><br><br><br>            Debtor. | No. 2:15-bk-17484-RK<br>     Chapter 7<br><br>**AMENDED SCHEDULES I AND J;<br>AMENDED B22** |

The debtor hereby files the amended schedule noted above.

Dated: June 15, 2015

                                                ___/s/ DAVID S. HAGEN_____
                                                DAVID S. HAGEN, Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
DAVID S. HAGEN - SBN 110588
16830 Ventura Blvd., Suite 500
Encino, CA 91436-1795
(818) 990-4416   Fax (818) 990-5680
email: davidhagenlaw@gmail.com

Attorney for: Debtor

In re:
SUSAN J MULLEY

Debtor(s).

CASE NO.: 2:15-bk-17484-RK
CHAPTER: 7
ADVERSARY NO.:
(if applicable)

# ELECTRONIC FILING DECLARATION
## (INDIVIDUAL)
**[LBR 1006-1(h)]**

☐ Petition, statement of affairs, schedules or lists    Date filed: _____
☒ Amendments to the petition statements of affairs, schedules or lists    Date filed: 06/15/2015
☐ Other (specify): _____    Date filed: _____

## PART I – DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct printed copy of the Filed Document in such places and provided the executed printed copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social-Security Number(s)* (form B21) and provided the executed original to my attorney.

Date: 06/15/2015

Signature of signing party
SUSAN J MULLEY
Printed name of signing party

Date: _____

Signature of Joint Debtor, if applicable
Printed name of Joint Debtor, if applicable

## PART II – DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned attorney for the Signing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed *Part 1 - Declaration of Debtor(s) or Other Party* of this *Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct printed copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration* and the Filed Document available for review upon request of the court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the Statement of Social Security Number(s) (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social-Security Number(s)* (form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social-Security Number(s)* (form B21) available for review upon request of the court.

Date: 06/15/2015

Signature of attorney for Signing Party
DAVID S. HAGEN
Printed Name of attorney for Signing Party

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015     F 1002-1.DEC.ELEC.FILING.INDIVIDUAL

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Susan** | **J** | **Mulley** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** | | |
| Case number (if known) | **2:15-bk-17484-RK** | | |

Check if this is:

☑ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form B 6I

# Schedule I: Your Income    12/13

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:  Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | **Professor** | |
| **Employer's name** | **Cal Poly Pomona** | |
| **Employer's address** | **3801 West Temple Ave.**<br>Number  Street<br><br><br>**Pomona**   **CA**   **91768**<br>City       State  Zip Code | Number  Street<br><br><br>City       State  Zip Code |
| **How long employed there?** | **7 years** | |

### Part 2:  Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| **2.** | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  **$4,840.50** | |
| **3.** | **Estimate and list monthly overtime pay.** | 3. + **$0.00** | |
| **4.** | **Calculate gross income.**  Add line 2 + line 3. | 4. **$4,840.50** | |

Official Form B 6I    **Schedule I: Your Income**    page 1

|  |  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
|  | Copy line 4 here ................................................................... → | 4. | $4,840.50 |  |
| 5. | **List all payroll deductions:** |  |  |  |
|  | 5a. Tax, Medicare, and Social Security deductions | 5a. | $1,610.00 |  |
|  | 5b. Mandatory contributions for retirement plans | 5b. | $222.79 |  |
|  | 5c. Voluntary contributions for retirement plans | 5c. | $0.00 |  |
|  | 5d. Required repayments of retirement fund loans | 5d. | $0.00 |  |
|  | 5e. Insurance | 5e. | $0.00 |  |
|  | 5f. Domestic support obligations | 5f. | $0.00 |  |
|  | 5g. Union dues | 5g. | $57.52 |  |
|  | 5h. Other deductions. Specify: **Parking** | 5h.+ | $9.54 |  |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $1,899.85 |  |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $2,940.65 |  |
| 8. | **List all other income regularly received:** |  |  |  |
|  | 8a. Net income from rental property and from operating a business, profession, or farm | 8a. | $0.00 |  |
|  | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. |  |  |  |
|  | 8b. Interest and dividends | 8b. | $0.00 |  |
|  | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 |  |
|  | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. |  |  |  |
|  | 8d. Unemployment compensation | 8d. | $0.00 |  |
|  | 8e. Social Security | 8e. | $0.00 |  |
|  | 8f. Other government assistance that you regularly receive |  |  |  |
|  | Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $0.00 |  |
|  | 8g. Pension or retirement income | 8g. | $0.00 |  |
|  | 8h. Other monthly income. Specify: | 8h.+ | $0.00 |  |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $0.00 |  |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $2,940.65 + _____ = $2,940.65 |  |
| 11. | **State all other regular contributions to the expenses that you list in Schedule J.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J. Specify: _____ | 11.+ | $0.00 |  |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies. | 12. | $2,940.65 **Combined monthly income** |  |

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.
☑ Yes. Explain: **See continuation sheet.**

13. **Expected increase or decrease within the year after you file this form:**
    Debtor gets paid 6454.00 gross on 9 month calendar. For Schedules I and J purposes the gross income and deductions were multiplied by 9 and divided by 12 to give a more realistic monthly income. Because of health reasons, debtor does not have any grants or special projects to assist her income this summer as she has had in the past.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Susan** | **J** | **Mulley** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** | | |
| Case number (if known) | **2:15-bk-17484-RK** | | |

Check if this is:

☒ An amended filing
☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY
☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses                                           12/13

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**  ☒ No
   Do not list Debtor 1 and Debtor 2.   ☐ Yes. Fill out this information for each dependent....................
   Do not state the dependents' names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No / ☐ Yes |
   | _____ | _____ | ☐ No / ☐ Yes |
   | _____ | _____ | ☐ No / ☐ Yes |
   | _____ | _____ | ☐ No / ☐ Yes |
   | _____ | _____ | ☐ No / ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☒ No
   ☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)**

**Your expenses**

| | | | |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | **$1,100.00** |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. | |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | **$50.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | **$150.00** |
| 4d. | Homeowner's association or condominium dues | 4d. | |

**Your expenses**

5. **Additional mortgage payments for your residence,** such as home equity loans   5. _____

6. **Utilities:**
   - 6a. Electricity, heat, natural gas   6a. **$275.00**
   - 6b. Water, sewer, garbage collection   6b. **$75.00**
   - 6c. Telephone, cell phone, Internet, satellite, and cable services   6c. **$210.00**
   - 6d. Other. Specify: _____   6d. _____

7. **Food and housekeeping supplies**   7. **$600.00**

8. **Childcare and children's education costs**   8. _____

9. **Clothing, laundry, and dry cleaning**   9. **$200.00**

10. **Personal care products and services**   10. **$150.00**

11. **Medical and dental expenses**   11. **$200.00**

12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.   12. **$400.00**

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**   13. **$100.00**

14. **Charitable contributions and religious donations**   14. _____

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance   15a. _____
    - 15b. Health insurance   15b. _____
    - 15c. Vehicle insurance   15c. **$100.00**
    - 15d. Other insurance. Specify: _____   15d. _____

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____   16. _____

17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1   17a. _____
    - 17b. Car payments for Vehicle 2   17b. _____
    - 17c. Other. Specify: _____   17c. _____
    - 17d. Other. Specify: _____   17d. _____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).**   18. _____

19. **Other payments you make to support others who do not live with you.**
    Specify: _____   19. _____

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**
    - 20a. Mortgages on other property   20a. _____
    - 20b. Real estate taxes   20b. _____
    - 20c. Property, homeowner's, or renter's insurance   20c. _____
    - 20d. Maintenance, repair, and upkeep expenses   20d. _____
    - 20e. Homeowner's association or condominium dues   20e. _____

Debtor 1 **Susan** _____ **Mulley** _____  Case number (if known) **2:15-bk-17484-RK**
         First Name    Middle Name   Last Name

Case 2:15-bk-17484-RK    Doc 8    Filed 06/15/15    Entered 06/15/15 10:58:12    Desc
                         Main Document    Page 8 of 14

| | | | |
|---|---|---|---|
| **21.** | **Other.** Specify: **See continuation sheet** | 21. + | **$700.00** |
| **22.** | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | 22. | **$4,310.00** |

**23. Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a.  **$2,940.65** |
| 23b. | Copy your monthly expenses from line 22 above. | 23b. − **$4,310.00** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c.  **($1,369.35)** |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☑ Yes.  Explain here:
**Debtor's boyfriend covers some of the monthly shortfall. Debtor shares the rent with her fiance. The amount shown here is her half of the rent.**

21. **Other. Specify:**
    **Unreimbursed work expenses (supplies, books, journals, memberships)** $400.00
    **Miscellaneous** $100.00
    **Assistance to 87 year old mother** $200.00

    **Total:** $700.00

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Susan**      **J**      **Mulley** |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known) | **2:15-bk-17484-RK** |

☑ Check if this is an amended filing

Official Form 22A-1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)    12/14

File this supplement together with Chapter 7 Statement of Your Current Monthly Income (Official Form 22A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 22A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1: Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family or household purpose." Make sure that your answer is consistent with the "Nature of Debts" box on page 1 of the Voluntary Petition (Official Form 1).

   ☑ No. Go to Form 22A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1.

   ☐ Yes. Go to Part 2.

### Part 2: Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran (as defined in 38 U.S.C. § 3741(1))?**

   ☐ No. Go to line 3.

   ☐ Yes. Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

        ☐ No. Go to line 3.

        ☐ Yes. Go to Form 22A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No. Complete Form 22A-1. Do not submit this supplement.

   ☐ Yes. Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

        ☐ No. Complete Form 22A-1. Do not submit this supplement.

        ☐ Yes. Check any one of the following categories that applies:

            ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

            ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____ which is fewer than 540 days before I file this bankruptcy case.

            ☐ **I am performing a homeland defense activity for at least 90 days.**

            ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

If you checked one of the categories to the left, go to Form 22A-1. On the top of page 1 of Form 22A-1, check box 3, *The Means Test does not apply now* and sign Part 3. Then submit this supplement with the signed Form 22A-1. You are not required to fill out the rest of Official Form 22A-1 during the exclusion period. The exclusion period means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

If your exclusion period ends before your case is closed, you may have to file an amended form later.

Official Form 22A-1Supp     Statement of Exemption from Presumption of Abuse Under § 707(b)(2)     page 1

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 22A-1Supp: |
|---|---|
| Debtor 1 **Susan J Mulley** <br> First Name    Middle Name    Last Name | ☑ 1. There is no presumption of abuse. |
| Debtor 2 <br> (Spouse, if filing) First Name    Middle Name    Last Name | ☐ 2. The calculation to determine if a presumption of abuse applies will be made under Chapter 7 Means Test Calculation (Official Form 22A-2). |
| United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA** | ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later. |
| Case number (if known) **2:15-bk-17484-RK** | |

☑ Check if this is an amended filing

Official Form 22A-1

# Chapter 7 Statement of Your Current Monthly Income    12/14

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for being accurate.  If more space is needed, attach a separate sheet to this form.  Include the line number to which the additional information applies.  On top of any additional pages, write your name and case number (if known).  If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file the Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 22A-1Supp) with this form.

## Part 1:    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.**  Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.**  Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.**  You and your spouse are:

   ☐ **Living in the same household and are not legally separated.**  Fill out both Columns A and B, lines 2-11.

   ☐ **Living separately or are legally separated.**  Fill out Column A, lines 2-11; do not fill out Column B.  By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements.  11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.**  11 U.S.C. § 101(10A).  For example, if you are filing on September 15, the 6-month period would be March 1 through August 31.  If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6.  Fill in the result.  Do not include any income amount more than once.  For example, if both spouses own the same rental property, put the income from that property in one column only.  If you have nothing to report for any line, write $0 in the space.

|  | *Column A* <br> **Debtor 1** | *Column B* <br> **Debtor 2 or non-filing spouse** |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | _____ | _____ |
| 3. **Alimony and maintenance payments.**  Do not include payments from a spouse if Column B is filled in. | _____ | _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.**  Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates.  Include regular contributions from a spouse only if Column B is not filled in.  Do not include payments you listed on line 3. | _____ | _____ |

Debtor 1  __Susan__ __J__ __Mulley_____  Case number (if known) __2:15-bk-17484-RK__
          First Name  Middle Name  Last Name

|  | Column A<br>**Debtor 1** | Column B<br>**Debtor 2 or<br>non-filing spouse** |
|---|---|---|

**5. Net income from operating a business, profession, or farm**

    Gross receipts (before all deductions)    _____

    Ordinary and necessary operating expenses  − _____

    Net monthly income from a business, profession, or farm  _____  **Copy here →** _____  _____

**6. Net income from rental and other real property**

    Gross receipts (before all deductions)    _____

    Ordinary and necessary operating expenses  − _____

    Net monthly income from rental or other real property  _____  **Copy here →** _____  _____

**7. Interest, dividends, and royalties**  _____  _____

**8. Unemployment compensation**  _____  _____

    Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act.  Instead, list it here: ................↓

        For you............................................................................ _____

        For your spouse............................................................... _____

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.  _____  _____

**10. Income from all other sources not listed above.** Specify the source and amount.  Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism.  If necessary, list other sources on a separate page and put the total on line 10c.

    10a. _____  _____  _____

    10b. _____  _____  _____

    10c. Total amounts from separate pages, if any.  + _____  + _____

**11. Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.  [_____] + [_____] = [_____]

                                                                                                  **Total current monthly income**

### Part 2: Determine Whether the Means Test Applies to You

**12. Calculate your current monthly income for the year.** Follow these steps:

    12a. Copy your total current monthly income from line 11....................................................**Copy line 11 here →** 12a. _____

        Multiply by 12 (the number of months in a year).        **X  12**

    12b. The result is your annual income for this part of the form.    12b. _____



Official Form 22A-1          **Chapter 7 Statement of Your Current Monthly Income**          page 2

Case 2:15-bk-17484-RK    Doc 8    Filed 06/15/15    Entered 06/15/15 10:58:12    Desc
                                   Main Document    Page 13 of 14

Debtor 1   __Susan_____  __J_____  __Mulley_____    Case number (if known) __2:15-bk-17484-RK__
           First Name              Middle Name    Last Name

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.

Fill in the number of people in your household.

Fill in the median family income for your state and size of household................................................................. 13.

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A-2.*
Go to Part 3 and fill out Form 22A-2.

## Part 3:    Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X  **/s/ Susan J Mulley**                                    X  _____
   **Susan J Mulley**                                             Signature of Debtor 2

Date  **6/15/2015**                                          Date _____
      MM / DD / YYYY                                              MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 22A-2.

If you checked line 14b, fill out Form 22A-2 and file it with this form.

**Current Monthly Income Calculation Details**

In re: **Susan J Mulley**  
Case Number: **2:15-bk-17484-RK**  
Chapter: **7**

**2.    Gross wages, salary, tips, bonuses, overtime and commissions.**

| Debtor or Spouse's Income | Description (if available) | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 6 Months Ago | 5 Months Ago | 4 Months Ago | 3 Months Ago | 2 Months Ago | Last Month | Avg. Per Month |
| **Debtor** | **Cal Poly Pomona** | | | | | | |
| | | $6,454.00 | $6,454.00 | $6,454.00 | $6,454.00 | $6,454.00 | $6,454.00 | **$6,454.00** |