BRAD D. KRASNOFF
1900 AVENUE OF THE STARS
11th FLOOR
LOS ANGELES, CA 90067-4402
Telephone: (310) 201-2417
Facsimile: (310) 277-5753
jmcdaniel@dgdk.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In Re: | Case No.: 2:15-bk-17484-RK<br>Chapter 7 |
| Susan J Mulley | |
| | NOTICE OF CONTINUED §341(a)<br>MEETING OF CREDITORS |
| Debtor(s) | |

TO THE DEBTOR(S), THE ATTORNEY OF RECORD, AND THE OFFICE OF THE UNITED STATES TRUSTEE:

1. NOTICE IS HEREBY GIVEN that the Meeting of Creditors has been continued in the Debtor(s) case to:

DATE: 07/08/15
TIME: 11:00 AM
LOCATION: Room 2
915 Wilshire Boulevard, 10th Floor
Los Angeles, CA 90017

2. The Trustee has requested that the debtor(s) appear at the continued §341(a) meeting of creditors to **amend means test**. You must appear at the time and date listed above, failure to do so will result in your case being dismissed.

Dated: JUN 16 2015

_____
BRAD D. KRASNOFF, TRUSTEE

I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney, and interested parties on   JUN 17 2015

_____
Joyce McDaniel