1  H. Michael Soroy, Esq. (SBN 153 944)
   Peter C. Ver Halen, Esq. (SBN 041 609)
2  Kristin A. Ingulsrud, Esq. (SBN 294532)
   LAW OFFICES OF H. MICHAEL SOROY
3  11766 Wilshire Boulevard, Suite 270
   Los Angeles, California  90025-6547
   Telephone: (310) 444-7750
4  Facsimile: (310) 312-1034
   Email:    office@soroylaw.com

5

6  Attorneys for
   THE ATTORNEY GENERAL OF CANADA

7

8              UNITED STATES BANKRUPTCY COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                LOS ANGELES DIVISION

11

12  In re:                          )   Case No.  2:15-bk-17484-RK
                                     )   Chapter 7
13  SUSAN J. MULLEY,                 )
                                     )
14                                   )   **COMPLAINT FOR:**
                                     )
15             Debtor.               )   **NONDISCHARGEABILITY OF DEBT**
                                     )   **PURSUANT TO 11 U.S.C. §523(a)(8)**
16  _____      )
   THE ATTORNEY GENERAL OF CANADA    )
17  ON BEHALF OF HER MAJESTY THE     )
   QUEEN IN RIGHT OF CANADA AS       )
18  REPRESENTED BY THE MINISTER OF   )
   NATIONAL REVENUE, a Canadian      )
19                                   )
   governmental entity,              )
20                                   )
             Plaintiff,              )
21                                   )
   v.                                )
22                                   )
                                     )
23  SUSAN J. MULLEY,                 )
                                     )
24             Defendant.            )
                                     )
25                                   )

26

27  The ATTORNEY GENERAL OF CANADA ON BEHALF OF HER MAJESTY THE

28  QUEEN IN RIGHT OF CANADA AS REPRESENTED BY THE MINISTER OF NATIONAL

FILED
AUG 14 2015
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

1    REVENUE, a Canadian governmental entity ("Attorney General" or "Plaintiff"), complains of

2    Debtor and Defendant SUSAN J. MULLEY ("Debtor") as follows:

3                                    JURISDICTION AND VENUE

4            1.       This Court has jurisdiction over the subject matter of this adversary proceeding

5    pursuant to the provisions of 28 U.S.C. § 1334 and the reference order of the United States

6    District Court for the Central District of California.

7            2.       This adversary proceeding relates to the Chapter 7 case of Susan J. Mulley, Case

8    No. 2:15-bk-17484-RK, now pending in the United States Bankruptcy Court for the Central

9    District of California.  The matter is a core proceeding pursuant to 28 U.S.C. § 157.

10           3.       Venue lies in the Central District of California, pursuant to 28 U.S.C. § 1409.

11                                     GENERAL ALLEGATIONS

12           4.       The Complaint concerns Canada Guaranteed student loans made pursuant to the

13   *Canada Student Loans Act*, R.S.C. 1985, c. s-23, as amended (hereinafter "*CSLA*"), and its

14   Regulations, as amended (hereinafter "*CSLRs*").

15           5.       Debtor entered into a series of Guaranteed Canada student loan agreements with

16
17   the Canadian Imperial Bank of Commerce (hereinafter the "Lender") under which the Lender

18   dispersed to Debtor student loans totaling $56,140.  Attached hereto and marked as Exhibit "A"

19   are true and correct copies of the Guaranteed Canada student loan agreements.

20           6.       After Debtor ceased to be a full time student, Debtor became liable to pay

21   interest accruing on the Guaranteed Canada student loans.

22           7.       As Debtor opted to not pay or failed to pay the interest accrued in this period, it

23   was added to and became part of the principal amount of the Guaranteed Canada student loan.

24           8.       The Lender prepared a student loan consolidation agreement form (hereinafter a

25   Consolidation Agreement) in anticipation of the Defendant complying with the requirement to

26   consolidate all loans within six months after ceasing to be a full-time student. The

27   Consolidation Agreement is a document prepared by the Lender in the ordinary course of

28   business with respect to Guaranteed Canada student loans which consolidates all Guaranteed

- 2 -

COMPLAINT

Canada student loan agreements made to a borrower and sets out the terms and conditions for repayment of the consolidated loans. In breach of section 7 of the *CSLRs*, the Defendant failed to enter into (i.e., sign) the Consolidation Agreement with the Lender. Pursuant to the subsection 9 (1) of the *CSLRs* and the terms of each Guaranteed Canada student loan agreement, the principal amount of the Guaranteed Canada student loan and interest accrued thereon became due and payable on the first day of the seventh month after the month in which the Defendant ceased to be a full-time student. Attached hereto and marked as Exhibit "B" is a true copy of the unsigned Consolidation Agreement.

9. Because the Defendant did not enter into a Consolidation Agreement, the Lender sent a formal demand by certified mail to the Defendant for payment in full of her Federal Student loan in the amount of $65,328.70, plus interest at the rate of prime plus 2.5% from November 1, 2004.

10. The Defendant failed to maintain payments and comply with the formal demand sent by the Lender, thus causing the Lender to sustain a loss. Therefore, Lender submitted a Claim for Loss (Schedule 6) to Human Resources and Skills Development Canada (previously Social Development Canada and Human Resources and Social Development Canada) dated April 14, 2005, with respect to the Guaranteed student loans disbursed to the Debtor. On or about May 12, 2005, the Crown paid the Lender the sum of $51,680.91, which consisted of the principal amount of $49,885.41, plus interest in the sum of $1,780.50 and costs of $15.00.

11. By virtue of the Crown's payment and section 30 of the *CSLRs*, Her Majesty became subrogated in and to all the rights of the Lender in respect of the outstanding Guaranteed Canada student loan referred to herein. Accordingly, the Defendant's outstanding Canada student loan became a debt owing to the Crown.

12. Her Majesty tasked the Attorney General of Canada with collecting the Defendant's unpaid guaranteed Student Loan.

13. On or about January 23, 2008, Judgment was entered by the Ontario Superior Court of Justice in favor of Attorney General and against Susan J. Mulley aka Susan J.

Ledingham, in the amount of $62,577.89 and costs of $1,411.00 in Canadian Dollars. Attached hereto and marked as Exhibit "C" is a true copy of the Default Judgment.

14.    The Attorney General engaged the Law Offices of H. Michael Soroy to obtain a judgment enforceable against Debtor in the State of California.

15.    On September 2, 2010, the Law Offices of H. Michael Soroy obtained a default judgment in the amount of $71,830.16 in the Los Angeles Superior Court, case number BC432993 against Debtor on behalf of the Attorney General. Attached hereto and marked as Exhibit "D" is a true copy of the Judgment.

16.    Debtor's wages were garnished and the balance due has been reduced to $59,051.49.

17.    Debtor filed a voluntary petition for relief under the provisions of chapter 7 of the United States Bankruptcy Code on May 11, 2015, staying the garnishment of Debtor's wages.

<u>FIRST CLAIM FOR RELIEF</u>

(Nondischargeability against the Debtor Pursuant to 11 U.S.C. § 523(a)(8))

18.    Plaintiff adopts, incorporates by reference, and alleges herein all of the allegations set forth in paragraphs 1 through 17, inclusive, as if set forth individually in this First Claim for Relief.

19.    Pursuant to 11 U.S.C. § 523(a)(8), this bankruptcy does not discharge Debtor from any debts incurred for an educational benefit loan made, insured, or guaranteed by a governmental unit, or an obligation to repay funds received as an educational benefit, scholarship, or stipend.

20.    Absent an affirmative showing of undue hardship, student loans are not dischargeable.

21.    Debtor's outstanding student loan balance in the amount of $59,051.49 is nondischargeable.

<u>PRAYER FOR RELIEF</u>

COMPLAINT

1    WHEREFORE, Plaintiff prays for judgment as follows:

2    On the First Cause of Action:

3    1.    For judgment against Debtor determining that the debt owed by the Debtor to

4    Plaintiff is not dischargeable in her bankruptcy case and for judgment according to proof;

5    2.    For such other and further relief as the Court considers proper.

7    DATED: August 13, 2015            LAW OFFICES OF H. MICHAEL SOROY

9                                     BY: _____

10                                        H. Michael Soroy, Esq.
                                          Kristin A. Ingulsrud, Esq.
11                                        Attorneys for Plaintiff

COMPLAINT

CERTIFICATE OF ELIGIBILITY
SCHEDULE I    2823

PROVINCIAL USE    1504 32023U1

SOCIAL INSURANCE NO.    ON

PLEASE TYPE OR PRINT CLEARLY

▶ LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY    C. J. B. C. University

SURNAME OF STUDENT    GIVEN NAMES OF STUDENT

M U L L E Y    S U S A N  J

NAME AND MAILING ADDRESS
SUSAN J MULLEY
50 ST GEORGE ST
BRANTFORD        ONT
N3R 1V4

| DATE OF BIRTH | DAY | MONTH | YEAR | SEX MALE OR FEMALE | MARRIED-M SINGLE-S OTHER-O MARITAL STATUS |
|---|---|---|---|---|---|
| | | | | F | S |

| INST. CODE | FIELD OF STUDY | CODE | YR OF STUDY NO. YRS. | SEMI/ACAD YR END DATE 5 OR Y | DAY | MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| 1 5 0 4 | | 1 2 | 1  6 | Y | 0 4 | 7 6 |

PERMANENT ADDRESS (IF DIFFERENT FROM ABOVE)
MULLEY            JACK F
50 ST GEORGE ST
BRANTFORD        ONT

NOT NEGOTIABLE AFTER THIS DATE

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
GUELPH
ONTARIO   N1G 2W1

| | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| FIRST DISBURSEMENT | | | | |
| NOT BEFORE | 1 7 | 0 9 | 7 5 | $800.XX |
| SECOND DISBURSEMENT | | | | |
| NOT BEFORE | | | | .XX |

NAME AND ADDRESS OF ISSUING AGENCY

MINISTRY OF COLLEGES AND UNIVERSITIES
STUDENT AWARDS BRANCH, PARLIAMENT BLDGS
QUEENS PARK, TORONTO, ONTARIO

| PREVIOUS LOANS DISPLACED | TOTAL AMOUNT OF LOAN | $800.XX |
|---|---|---|

| | DAY | MONTH | YEAR |
|---|---|---|---|
| DATE OF ISSUE OF THIS CERTIFICATE | 1 7 | 0 9 | 7 5 |

| NAME OF OFFICIAL | TELEPHONE NO. |
|---|---|
| RG DAVIDSON | 824-4120 |

TITLE
ASST. REGISTRAR

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

R. G. Davidson / ay
ISSUING OFFICER'S SIGNATURE

▶ CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY EDUCATIONAL INSTITUTION

| NAME OF OFFICIAL | TELEPHONE NO. |
|---|---|
| RG DAVIDSON | 824-4120 |

INSTRUCTIONS, IF ANY, TO BANK
REMIT 687 TO INSTITUTION SHOWN
University of Guelph

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AT THIS INSTITUTION IN A COURSE OF STUDIES AT A POST SECONDARY SCHOOL LEVEL IN THE SEMESTER/ACADEMIC YEAR ENDING IN THE MONTH INDICATED ABOVE.

R. G. Davidson / ay
SIGNATURE OF OFFICIAL

| DAY | MONTH | YEAR |
|---|---|---|
| 26 | 09 | 75 |

VALID ONLY FOR 30 DAYS AFTER THIS DATE

TITLE
ASST. REGISTRAR

Susan J. Mulley
STUDENT'S SIGNATURE

▶ LOAN APPLICATION AND AGREEMENT — TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR THE LOAN SHOWN AS "AMOUNT, IF ANY, NOW BEING DISBURSED" AND CERTIFY THAT THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS MY TOTAL PRINCIPAL OUTSTANDING UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN AND THAT I HAVE READ, UNDERSTAND AND AGREE TO COMPLY WITH THE CONDITIONS AND TERMS SUMMARIZED OVERLEAF, AND THAT I SHALL REPAY MY TOTAL INDEBTEDNESS AS REQUIRED BY THE ACT AND REGULATIONS.

Susan J. Mulley
STUDENT'S SIGNATURE

I HAVE ASKED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS TOTAL PRINCIPAL CARRIED FORWARD TRULY REPRESENTS THE ABOVE NAMED STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

AUTHORIZED RESPONSIBLE OFFICER OF THE BANK

FULL NAME AND ADDRESS OF BANK

CANADIAN IMPERIAL BANK OF COMMERCE
University of Guelph
GUELPH, ONT.

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 3 0 | 0 9 | 7 5 |
| AMOUNT IF ANY, NOW BEING DISBURSED | $800 .XX | | |
| AMOUNT IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS | $NIL | | |
| TOTAL PRINCIPAL CARRIED FORWARD | $800 — | | |

M.I.C.R. BANK TRANSIT NUMBER    06452010

COPY 1 - BANK

DISTRIBUTION — COPY 5 IS RETAINED BY ISSUING AGENCY AT TIME OF ISSUE
COPY 5 TO BE SENT BY ISSUING AGENCY TO DEPT. OF FINANCE AT TIME OF ISSUE (ONTARIO, TO THE INSTITUTION)
COPY 1 TO BE GIVEN TO BE SENT TO STUDENT BY BANK
COPY 2 TO STUDENT TO BE SENT BY BANK TO EDUCATIONAL INSTITUTION
COPY 3 BY ISSUING TO BE SENT BY BANK TO R.S.A.
COPY 4 AUTHORITY TO BE RETAINED BY BANK

CROWN COPYRIGHTS RESERVED

623625

## INSTRUCTIONS TO STUDENT

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender for negotiation (all Canadian chartered banks and designated credit unions, hereinafter referred to as "bank" or "lender"). NOTE: this certificate must be negotiated within thirty days of having been signed by the educational institution.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section the bank will make the first disbursement available to you and give you a copy of this form. KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement you must obtain a Schedule 2 from a bank at the beginning of your second term and follow the instructions on that form.

5. If you withdraw early, your academic year end shown overleaf will be adjusted to the date of withdrawal.

6. If you do not enroll in the course and full period for which this certificate is issued it must be returned to the issuing agency with an explanatory note.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, legal proceedings may be instituted.

2. You hereby agree to provide the necessary documents as required in instructions above.

3. You hereby agree to notify the bank of any changes in your address or name as they occur.

4. You hereby agree to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with the bank within six months of the date upon which you ceased to be a full-time student as supported by your Schedule 1 or 2. NOTE: the interest charged to you on this and subsequent loans is determined at the time you complete the Consolidated Guaranteed Student Loan Agreement or become liable for repayment, whichever is the earlier date.

5. You hereby agree to attend as required by the lender, the Federal Government or its agents any meeting called for the purpose of discussing your loans.

6. You hereby authorize any educational institution that you may have attended to release to the lender holding your loans or the Federal Government or its agents such pertinent information as they may require, from time to time.

7. You hereby authorize the educational institution to apply any refund of fees which have been paid with the proceeds of a Canada Student Loan, towards that Canada Student Loan.

CANADIAN IMPERIAL BANK OF COMMERCE
University of Guelph
Guelph, Ont.

IMPORTANT TO YOU — OVERLEAF

☘ Finance  Finances

CANADA STUDENT LOANS PLAN
CERTIFICATE OF ELIGIBILITY    3194
SCHEDULE 1
PLEASE TYPE OR PRINT CLEARLY

| PROVINCIAL USE | PROVINCE | SOCIAL INSURANCE NO |
|---|---|---|
| EUAK 3154281 | ON | |

## LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY

C.I.B.C.    U. of G.

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT |
|---|---|
| MULLEY | SUSAN, J. |

NAME AND MAILING ADDRESS

SUSAN J MULLEY
50 ST GEORGE ST
BRANTFORD      ONT
N3R 1V4

251 TUNDRA
PRAIRIE HALL
U. of G.

| DATE OF BIRTH | DAY | MONTH | YEAR | MALE OR FEMALE | SEX | MARRIED-M SINGLE-S OTHER-O | MARITAL STATUS |
|---|---|---|---|---|---|---|---|
| | | | | | F | | S |

| INST. CODE | FIELD OF STUDY | CODE | YR. OF STUDY 1R | YRS. | SEMI/ACAD YR END DATE S OR Y | DAY | MONTH | YEAR |
|---|---|---|---|---|---|---|---|---|
| E U A K | 5.0 | | 2 | 6 | Y | 0.4 | 7 | 7 |

PERMANENT ADDRESS (IF DIFFERENT FROM ABOVE)

MULLEY          JACK F
50 ST GEORGE ST
BRANTFORD      ONT

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION

UNIVERSITY OF GUELPH
GUELPH
ONTARIO  N1G 2W1

NAME AND ADDRESS OF ISSUING AGENCY

Ministry of Colleges and Universities,
Student Award Branch,
8th Floor, Mowat Block,
Toronto, Ontario, M7A 2R4

NOT NEGOTIABLE AFTER THIS DATE

| FIRST DISBURSEMENT | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| NOT BEFORE | 0 | 0 9 | 7 6 | $1000 .XX |
| SECOND DISBURSEMENT | DAY | MONTH | YEAR | |
| NOT BEFORE | | | | .XX |

| PREVIOUS LOANS DECLARED | TOTAL AMOUNT OF LOAN | $ $1000 .XX |
|---|---|---|

| | DATE OF ISSUE OF THIS CERTIFICATE | DAY | MONTH | YEAR |
|---|---|---|---|---|
| | | 1 7 | 10 | 7 6 |

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

| NAME OF OFFICIAL | TELEPHONE NO. |
|---|---|
| W.H. Clarkson | 965-5241 |

TITLE
Director of Student Awards

ISSUING OFFICER'S SIGNATURE
W.H. Clarkson

## CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY EDUCATIONAL INSTITUTION

| NAME OF OFFICIAL | TELEPHONE NO. |
|---|---|
| RG DAVIDSON | 824-4120 |

INSTRUCTIONS, IF ANY, TO BANK

REMIT    TO INSTITUTION SHOWN
1000.00

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AT THIS INSTITUTION IN A COURSE OF STUDIES AT A POST SECONDARY SCHOOL LEVEL IN THE SEMESTER/ACADEMIC YEAR ENDING IN THE MONTH INDICATED ABOVE.

SIGNATURE OF OFFICIAL
RG Davidson /AE

| DAY | MONTH | YEAR |
|---|---|---|
| 07 | 09 | 76 |

VALID ONLY FOR 30 DAYS AFTER THIS DATE

Bursar University of Guelph.

Susan J. Mulley
STUDENT'S SIGNATURE

TITLE
ASST. REGISTRAR

## LOAN APPLICATION AND AGREEMENT — TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR THE LOAN SHOWN AS 'AMOUNT, IF ANY, NOW BEING DISBURSED' AND CERTIFY THAT THE AMOUNT SHOWN AS 'TOTAL PRINCIPAL CARRIED FORWARD' TRULY REPRESENTS THE TOTAL PRINCIPAL OUTSTANDING ON THE EFFECTIVE DATE SHOWN UNDER THE CANADA STUDENT LOANS ACT. I FURTHER CERTIFY THAT I HAVE READ AND UNDERSTOOD THE TERMS AND CONDITIONS OF SUCH LOANS SUMMARIZED ON THE REVERSE OF THIS FORM AND AGREE TO COMPLY WITH THEM AND TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT.

I HAVE ASKED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY TO THE BEST OF MY KNOWLEDGE. THE AMOUNT SHOWN AS 'TOTAL PRINCIPAL CARRIED FORWARD' TRULY REPRESENTS THE ABOVE NAMED STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

SIGNATURE OF RESPONSIBLE OFFICER OF THE BANK
A. Clarkson

FULL NAME AND ADDRESS OF BANK
CANADIAN IMPERIAL BANK OF COMMERCE
UNIVERSITY OF GUELPH
GUELPH, ONT.

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 15 | 09 | 76 |

| AMOUNT, IF ANY, NOW BEING DISBURSED | $ 1000 .XX |
|---|---|
| AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS | $ 800 - |
| TOTAL PRINCIPAL CARRIED FORWARD | $ 1800 - |

| M.I.C.R. BANK TRANSIT NUMBER | ⑈06452⑈010⑈ |
|---|---|

Susan J. Mulley
STUDENT'S SIGNATURE

COPY 1—BANK

DISTRIBUTION: COPY 6 RETAINED BY ISSUING AGENCY AT TIME OF ISSUE
COPY 5 TO BE SENT BY ISSUING AGENCY TO DEPT. OF FINANCE AT TIME OF ISSUE (ONTARIO, TO THE INSTITUTION)
COPY 4 OF STUDENT    TO BE SENT BY BANK TO EDUCATIONAL INSTITUTION
COPY 3 OF STUDENT    TO BE SENT BY BANK TO C.S.L.R.
COPY 2 OF ISSUING    TO BE SENT BY BANK TO C.S.L.R.
COPY 1 AUTHORITY    TO BE RETAINED BY BANK

CROWN COPYRIGHTS RESERVED

874719

FIN 370 1E (REV. 2/76)

the Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1.  Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to your authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

NOTE:  This certificate must be negotiated within thirty days of having been signed by the educational institution.

2.  You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3.  When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4.  If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your bank at the beginning of the semester for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5.  If you withdraw early your semester/academic year end date shown overleaf will be adjusted to the date of withdrawal and your interest free period will end six months after the date on which you withdrew.

6.  If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1.  You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedule 1 or 2, legal proceedings may be instituted.

2.  You hereby agree that if you continue full-time study in a succeeding semester/academic year, you will lodge with your bank within six months before the end of your current semester/academic year either:

    (a) an application for a new loan; or

    (b) a Schedule 2 (obtainable from any bank) if application for a new loan has been made but you have not received a Schedule 2 within the period shown; or

    (c) a Schedule 2 (obtainable from any bank) if you have not applied for a new loan for the semester/academic year being entered.

NOTE:  Failure to lodge a Schedule by the required date will result in the loss of your interest-free status and you will become responsible for payment of interest due on any earlier loans to the date on which you do produce to the bank evidence of your continuing enrolment as a full-time student.

3.  You hereby agree to notify the bank of any changes in your name or address as they occur.

4.  You hereby agree, where there is an outstanding debt, to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

NOTE:  The interest charged to you on your Canada Student Loans is determined by the date on which you complete the required Consolidated Guaranteed Student Loan Agreement or on the date you became liable for repayment, whichever is the earlier.

5.  You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

6.  You hereby authorize any educational institution that you may have attended to release to the lender holding your loans, or to the Federal Government or its agents, information as they may require, from time to time.

7.  You hereby authorize the educational institution to return any fees, which have been paid by the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

**IMPORTANT — READ OVERLEAF**

of State    d'État

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1        STUDENT 9 751369800
PLEASE TYPE OR PRINT CLEARLY

PROVINCIAL USE    EUAK 300692 F1    ON

SOCIAL INSURANCE NO.

(R) 4 972058

**LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY**

SURNAME OF STUDENT
M U L L E Y

GIVEN NAMES OF STUDENT
S U S A N   J

NAME AND MAILING ADDRESS
SUSAN J. MULLEY
13 FRANKLIN AVE
GUELPH
ONT    N1G 4H8

110-252 Stone Rd
Wellington Wood
N1G 2V1
PERM

DAY  MONTH  YEAR
SEX  F
MARRIED — SINGLE-3  OTHER-0

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES H    SENIOR
UPPER MT ALBION RD
STONEY CREEK    ONT

POST. CODE    CODE
E U A K

PR. OF STUDY    NO. OF WKS OF STUDY
3 1    2 9    15

P.O.S.
CSE 0100

PERIOD OF STUDY END DATE
P 0 9 8 4

NOT NEGOTIABLE AFTER THIS DATE

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR
NAME OF OFFICIAL
GUELPH, ONTARIO    N1G-2W1

FIRST DISBURSEMENT
NOT BEFORE    DAY 01  MONTH 05  YEAR 84    AMOUNT $ 1600.xx

SECOND DISBURSEMENT
NOT BEFORE    DAY  MONTH  YEAR    $ .xx

NAME AND ADDRESS OF ISSUING AGENCY
Ministry of Education - Colleges and Universities,
Student Awards Branch
8th Floor, Mowat Block,
Queen's Park,
Toronto, Ontario
M7A 2B4
NAME OF OFFICIAL
W.H. Clarkson
TITLE
Director of Student Awards

TELEPHONE NO.
965-5241

PREVIOUS LOANS    Yes    No

TOTAL AMOUNT OF LOAN    $ 1600.xx

DAY  MONTH  YEAR
DATE OF ISSUE OF THIS CERTIFICATE    2 8 0 3 8 4

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.
W.H. Clarkson
ISSUING OFFICIAL'S SIGNATURE

**CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION**

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AT THIS INSTITUTION IN A COURSE OF STUDIES AT A POST SECONDARY SCHOOL LEVEL IN THE PERIOD OF STUDY SHOWN IN THE MONTH INDICATED ABOVE.
NAME OF OFFICIAL
LANDONI, P.V.
TITLE
BURSAR

TELEPHONE NO.
824-4120

DATE SIGNED
DAY 02  MONTH 05  YEAR 84

VALID ONLY FOR 30 DAYS AFTER THIS DATE BUT NOT BEYOND PERIOD OF STUDY END DATE

SIGNATURE OF OFFICIAL    BURSAR

INSTRUCTIONS, IF ANY, TO BANK
REMIT TO INSTITUTION SHOWN
Univ. of Guelph # 652.05

P.V. Landoni  BURSAR    Susan J Mulley
SIGNATURE OF OFFICIAL    STUDENT'S SIGNATURE

**LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN**    TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED ABOVE AND I CERTIFY THAT ALL INFORMATION ON THIS CER-TIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS AND INSTRUCTIONS TO STUDENTS OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT.

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE STU-DENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

SIGNATURE OF AUTHORIZED OFFICIAL OF THE BANK

Susan J Mulley
STUDENT'S SIGNATURE

FULL NAME, ADDRESS AND TELEPHONE NO. OF BANK
CANADIAN IMPERIAL BANK OF COMMERCE
23 COLLEGE AVENUE WEST
GUELPH, ONTARIO N1G 1R7
TELEPHONE 824-0930

EFFECTIVE DATE OF THIS TRANSACTION    DAY 04  MONTH 05  YEAR 84

AMOUNT, IF ANY, NOW BEING DISBURSED    $ 1600.xx

AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS    $ 576.29

TOTAL PRINCIPAL CARRIED FORWARD    $ 2176.29

M.I.C.R. BANK TRANSIT NUMBER    09952 010

CROWN COPYRIGHT RESERVED

COPY 1 - BANK

DISTRIBUTION

751368800

2702084

The Canada Student Loans Act and regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study and date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdrew.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:

   (a) a Schedule 1 for a new loan or;

   (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;

   (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status. The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above. Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable. The amount which shall be payable will be the outstanding principal, plus interest accrued from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is later, at the rate in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority, or any employer to release to the lender holding your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

**IMPORTANT** - **READ OVERLEAF**

CANADA STUDENT LOANS ACT 4972,

CERTIFICATE OF ELIGIBILITY

SCHEDULE 1     STUDENT # 751368800   EUAK 301941 81     1 1   ON

PLEASE TYPE OR PRINT CLEARLY

## LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT |
|---|---|
| MULLEY | SUSAN JI |

NAME AND MAILING ADDRESS
SUSAN JI     MULLEY
110-252 STONEIRD W.
GUELPH
ONT.   N1G-2V7

DATE OF BIRTH: DAY / MONTH / YEAR   MALE OR FEMALE: F   MARRIED/SINGLE/OTHER: 0   MARITAL STATUS

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES H        SENIOR
MT ALBION RD RR#1
STONEY CREEK       ONT   N1

INST CODE   CODE   PR OF STUDY   NO OF MOS OF STUDY   PERIOD OF STUDY END DATE
EUAK   31   3   4      P 0495

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR

CSB #100

NAME OF COURSE
GUELPH, ONTARIO   N1G-2W1

NAME AND ADDRESS OF ISSUING AGENCY
Ministry of Education - Colleges and Universities
Student Awards Branch
8th Floor, Mowat Block, Queen's Park
Toronto, Ontario   M7A 2B4

NOT NEGOTIABLE AFTER THIS DATE

| FIRST DISBURSEMENT | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| NOT BEFORE | 01 | 09 | 84 | $3200 xx |
| SECOND DISBURSEMENT | DAY | MONTH | YEAR |  |
| NOT BEFORE |  |  |  | $ xx |

PREVIOUS LOANS   TOTAL AMOUNT OF LOAN   $3200 xx

Yes   No

DATE OF ISSUE OF THIS CERTIFICATE   01 09 84

NAME OF OFFICIAL
W. H. Clarkson        TELEPHONE NO. 965-5241

TITLE
Director of Student Awards

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

W. H. Clarkson
ISSUING OFFICER'S SIGNATURE

## CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AT THIS INSTITUTION IN A COURSE OF STUDIES AT A POST SECONDARY SCHOOL LEVEL IN THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

INSTRUCTIONS, IF ANY, TO BANK
REMIT TO INSTITUTION SHOWN

NAME OF OFFICIAL
LANDONI, P. V.      TELEPHONE NO. 824-4120

TITLE
BURSAR

DATE SIGNED   DAY MONTH YEAR   14 09 84

P. V. Landoni
SIGNATURE OF OFFICIAL

VALID ONLY FOR 15 DAYS AFTER THIS DATE BUT NOT BEFORE PERIOD OF STUDY END DATE

SIGNATURE OF OFFICIAL     STUDENT'S SIGNATURE

BURSAR

## LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN

TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED ABOVE AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS AND INSTRUCTIONS TO STUDENTS OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT.

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

SIGNATURE OF RESPONSIBLE OFFICER OF THE BANK

FULL NAME, ADDRESS AND TELEPHONE NO. OF BANK
CANADIAN IMPERIAL BANK OF COMMERCE
13 COLLEGE AVENUE WEST
GUELPH, ONTARIO   N1G 1R7
TELEPHONE 824-0030

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 26 | 09 | 84 |

AMOUNT, IF ANY, NOW BEING DISBURSED   $3200 xx

AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS   $2176 29

TOTAL PRINCIPAL CARRIED FORWARD   $5376 29

Susan J. Mulley
STUDENT'S SIGNATURE

M.I.C.R. BANK TRANSIT NUMBER   09950 010

COPY 1 - BANK

DISTRIBUTION —   COPY 5 RETAINED BY ISSUING AGENCY AT TIME OF ISSUE
COPY 3 TO BE SENT BY ISSUING AGENCY TO THE STUDENT ASSISTANCE DIRECTORATE
(EXCEPT NFLD., ONT., MAN., ALTA., B.C., SASK.)
COPY 5 TO BE GIVEN TO STUDENT
COPY 1 TO BE GIVEN TO STUDENT   TO BE GIVEN TO STUDENT BY BANK
COPY 1 TO BE SENT BY BANK TO EDUCATIONAL INSTITUTION
COPY 1 BY ISSUING AUTHORITY   TO BE SENT BY BANK TO STUDENT ASSISTANCE DIRECTORATE, P.O. BOX 2090, POSTAL STATION "D", OTTAWA, ONTARIO K1P 9C8
TO BE RETAINED BY BANK

CROWN COPYRIGHTS RESERVED

SEC 4-16 REV A3-84

751368800

3038176

The Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

NOTE: This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study and date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdraw.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:

   (a) a Schedule 1 for a new loan or;

   (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;

   (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

NOTE: Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status. The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

NOTE: The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above. Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable. The amount which shall be payable will be the outstanding principal, plus interest accrued from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is later, at the rate in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority, or any employer to release to the lender holding your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

IMPORTANT TO YOU

**CANADA STUDENT LOANS ACT**
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1
PLEASE TYPE OR PRINT CLEARLY

PROVINCIAL USE

**LOAN AUTHORIZATION – TO BE COMPLETED BY ISSUING AUTHORITY**            REASSESSMENT

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT |
|---|---|
| MULLEY | SUSAN J |

NAME AND MAILING ADDRESS
SUSAN J          MULLEY
113-252 STONEROD W
GUELPH
ONT       N1G-2U7          836-5596
PERM

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES M          SENIOR
RT ALSTON RD RR1
STONEY CREEK          ONT       N1 –

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR

NAME OF COURSE
GUELPH, ONTARIO          N1G-2U1

NAME AND ADDRESS OF ISSUING AGENCY
Ministry of Education - Colleges and Universities
Student Awards Branch
8th Floor, Mowat Block, Queen's Park
Toronto, Ontario  M7A 2B4

| NAME OF OFFICIAL | TELEPHONE NO |
|---|---|
| W. H. Clarkson | 965-5241 |

TITLE
Director of Student Awards

**CONFIRMATION OF ENROLMENT – TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION**

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AT THIS INSTITUTION IN A COURSE OF STUDIES AT A POST SECONDARY SCHOOL LEVEL IN THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

INSTRUCTIONS, IF ANY, TO BANK

| NAME OF OFFICIAL | TELEPHONE NO |
|---|---|
| LANDONI, P.V. | 826-8120 |

TITLE
BURSAR

DATE SIGNED  080/185

SIGNATURE OF OFFICIAL
P. V. Landoni      BURSAR

**LOAN APPLICATION AND AGREEMENT – FOR A CANADA STUDENT LOAN**

TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED ABOVE AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS AND INSTRUCTIONS TO STUDENTS OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT.

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

SIGNATURE OF RESPONSIBLE OFFICER OF THE BANK

FULL NAME, ADDRESS AND TELEPHONE NO. OF BANK
CANADIAN IMPERIAL BANK OF COMMERCE
23 COLLEGE AVENUE WEST
GUELPH, ONTARIO  N1G 1R7
TELEPHONE 824-8498

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 23 | 01 | 85 |

AMOUNT, IF ANY, BEING DISBURSED  $ 160 .XX

AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS  $ 5376 29

TOTAL PRINCIPAL CARRIED FORWARD  $ 5536 29

M.I.C.R. BANK TRANSIT NUMBER  89952  010

STUDENT SIGNATURE
Susan J Mulley

COPY 1 - BANK

DISTRIBUTION – COPY 6 RETAINED BY ISSUING AGENCY AT TIME OF ISSUE
COPY 5 TO BE SENT BY ISSUING AGENCY TO THE STUDENT ASSISTANCE DIRECTORATE

COPY 4 : TO BE GIVEN TO STUDENT BY BANK
COPY 3 : TO STUDENT
COPY 2 : BY ISSUING AUTHORITY
COPY 1 :

COPY 4 : TO BE GIVEN TO STUDENT BY BANK
COPY 3 : TO BE SENT BY BANK TO EDUCATIONAL INSTITUTION
COPY 2 : TO BE SENT BY BANK TO STUDENT ASSISTANCE DIRECTORATE, P.O. BOX 2090, POSTAL STATION "D", OTTAWA, ONTARIO  K1P 4C6
COPY 1 : TO BE RETAINED BY BANK

CROWN COPYRIGHTS RESERVED

3103752

The Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form.  KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution.  On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study end date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdrew.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate.  If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:

    (a) a Schedule 1 for a new loan or;

    (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;

    (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status.  The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated, Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above.  Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable.  The amount which shall be payable will be the outstanding principal, plus interest calculated from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is later, at the rate in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority, or any employer to release to the lender holding your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

IMPORTANT TO - READ OVERLEAF

Secretary   Secrétariat
of State    d'État

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1    STUDENT # 751368800    EUAK: 800641 C3

#472158

| PROVINCIAL USE | PROVINCE | SOCIAL INSURANCE NO |
|---|---|---|

1    ON

PLEASE TYPE OR PRINT CLEARLY

### LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY          REASSESSMENT

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT |
|---|---|
| MULLEY | SUSAN JI |

NAME AND MAILING ADDRESS
SUSAN JI    MULLEY
110-262 STONEIRD W
GUELPH
ONT    N1G-2U7
836-5596

| DATE OF BIRTH | DAY | MONTH | YEAR | MALE OR FEMALE | SEX F | MARRIED M SINGLE S OTHER O | MARITAL STATUS O |
|---|---|---|---|---|---|---|---|

| INST. CODE | F.O.S. CODE | PR. OF STUDY | NO. OF YRS OF | PERIOD OF STUDY END DATE |
|---|---|---|---|---|
| EUAK | 3 1 | PR. 3 PRS. 4 | 4 | P 08 85 |

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES H    SENIOR
MT ALBION RD RR#1
STONEY CREEK    ONT    N1..#1

CSE: $100

NOT NEGOTIABLE AFTER THIS DATE

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR

| FIRST DISBURSEMENT | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| NOT BEFORE | 2 2 | 03 | 85 | 1680 XX |

NAME OF COURSE
GUELPH, ONTARIO    N1G-2W1

| SECOND DISBURSEMENT | DAY | MONTH | YEAR | |
|---|---|---|---|---|
| NOT BEFORE | | | | XX |

NAME AND ADDRESS OF ISSUING AGENCY
Ministry of Education - Colleges and Universities,
Student Awards Branch
8th Floor, Mowat Block,
Queen's Park,
Toronto, Ontario
M7A 2B4

| PREVIOUS LOANS | TOTAL AMOUNT OF LOAN | 1680 XX |
|---|---|---|
| Yes No | | |

| | DATE OF ISSUE OF THIS CERTIFICATE | DAY 2 2 | MONTH 03 | YEAR 85 |
|---|---|---|---|---|

| NAME OF OFFICIAL | TELEPHONE NO. |
|---|---|
| W.H. Clarkson | 965 -5241 |

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

TITLE
Director of Student Awards

W.H. Clarkson
ISSUING OFFICIAL'S SIGNATURE

### CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AT THE INSTITUTION IN A COURSE OF STUDIES AT A POST SECONDARY SCHOOL LEVEL IN THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

INSTRUCTIONS, IF ANY, TO BANK
REMIT    TO INSTITUTION SHOWN

NIL

| NAME OF OFFICIAL | TELEPHONE NO. |
|---|---|
| LANDONI, P.V. | 824-4120 |

TITLE
BURSAR

| DATE SIGNED | DAY | MONTH | YEAR |
|---|---|---|---|
| | | 05 | 85 |

△ VALID ONLY FOR 30 DAYS AFTER THIS DATE BUT NOT BEYOND PERIOD OF STUDY END DATE

SIGNATURE OF OFFICIAL          SIGNATURE OF OFFICIAL          STUDENT'S SIGNATURE

### LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN          TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED ABOVE AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS AND INSTRUCTIONS TO STUDENTS OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT.

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

SIGNATURE OF RESPONSIBLE OFFICER OF THE BANK

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 07 | 05 | 85 |

| AMOUNT, IF ANY, NOW BEING DISBURSED | $ 1680 XX |
|---|---|

| AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS | $ 5536 29 |
|---|---|

FULL NAME, ADDRESS AND TELEPHONE NO. OF BANK

CANADIAN IMPERIAL BANK OF COMMERCE
23 COLLEGE AVENUE WEST
GUELPH, ONTARIO N1G 1R2
TELEPHONE 824-9930

| TOTAL PRINCIPAL CARRIED FORWARD | $ 7216 29 |
|---|---|

Susan J Mulley
STUDENT'S SIGNATURE

| M.I.C.R. BANK TRANSIT NUMBER | 08852 010 |
|---|---|

COPY 1 - BANK

CROWN COPYRIGHTS RESERVED

DISTRIBUTION
COPY 6 RETAINED BY ISSUING AGENCY AT TIME OF ISSUE
COPY 1 TO BE SENT BY ISSUING AGENCY TO THE STUDENT ASSISTANCE DIRECTORATE
(EXCEPT NFLD, ONT, MAN, ALTA, B.C. SASK.)
COPY 2    TO BE GIVEN    TO BE GIVEN TO STUDENT BY BANK
COPY 3    TO STUDENT    TO BE SENT BY BANK TO EDUCATIONAL INSTITUTION
COPY 4    BY ISSUING    TO BE SENT BY BANK TO THE STUDENT ASSISTANCE DIRECTORATE
COPY 5    AUTHORITY    P.O. BOX 2090, POSTAL STATION "D", OTTAWA, ONTARIO K1P 6C6
COPY 1    TO BE RETAINED BY BANK

NEC 4-45 (REV. 83-04)
751368800

3373349

The Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. **KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.**

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your bank may release funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study end date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdrew.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:

   (a) a Schedule 1 for a new loan or;

   (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;

   (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status. The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address if any occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above. Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable. The amount which shall be payable will be the outstanding principal, plus interest accrued from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is later, until the amount is paid on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority or any employer to release to the person having your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

**IMPORTANT TO Y●● READ OVERLEAF**

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1
PLEASE TYPE OR PRINT CLEARLY

*4972155*

| PROVINCIAL USE | | SOCIAL INSURANCE NO. |
|---|---|---|

STUDENT #. 751368800   EUAK. 303521 01   1   ON

CIBC - College Ave

| LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY |
|---|

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT |
|---|---|
| M U L L E Y | S U S A N   J |

NAME AND MAILING ADDRESS
SUSAN J    MULLEY
110-252 STONE RD W.
GUELPH
ONT        N1G 2V7        836-5596

| DATE OF BIRTH | DAY | MONTH | YEAR | MALE OR FEMALE | SEX F | MARRIED-M SINGLE-S OTHER-O | MARITAL STATUS 0 |

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES H    SENIOR
INT ALBION RD RR #1
STONEY CREEK        ONT

| INST. CODE | POS CODE | PR. OF STUDY MB | PRS | YR | PERIOD OF STUDY S/P | END DATE |
| E U A K | 3.1 | -3 | .4 | 15 | P | 40 4 8 6 |

CSE 2100

NOT NEGOTIABLE AFTER THIS DATE

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR
NAME OF COURSE
GUELPH, ONTARIO        N1G 2W1

| FIRST DISBURSEMENT | | DAY | MONTH | YEAR | AMOUNT |
| NOT BEFORE | | 1 | 5 0 | 1 8 6 | 1680 XX |
| SECOND DISBURSEMENT | | DAY | MONTH | YEAR | |
| NOT BEFORE | | | | | XX |

NAME AND ADDRESS OF ISSUING AGENCY
Ministry of Education - Colleges and Universities
Student Awards Branch
8th Floor, Mowat Block, Queen's Park
Toronto, Ontario   M7A 2S4

| PREVIOUS LOANS | Yes ☐ No ☐ | TOTAL AMOUNT OF LOAN | $ 1680 XX |
| | | DATE OF ISSUE OF THIS CERTIFICATE | 1 5 0 1 8 6 |

| NAME OF OFFICIAL | TELEPHONE NO. |
| W. H. Clarkson | 965-5241 |
| TITLE | |
| Director of Student Awards | |

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

*W. H. Clarkson*
ISSUING OFFICIAL'S SIGNATURE

| CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION |
|---|

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AT THIS INSTITUTION IN A COURSE OF STUDIES AT A POST SECONDARY SCHOOL LEVEL IN THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

INSTRUCTIONS, IF ANY, TO BANK
REMIT   ITO INSTITUTION SHOWN

491.70

UNIVERSITY OF GUELPH

| NAME OF OFFICIAL | TELEPHONE NO. |
| LANDONI, P.V. | 824-4120 |
| TITLE | |
| BURSAR | |

| DATE SIGNED | DAY | MONTH | YEAR |
| | 06 02 86 |

*P.V. Landoni*
SIGNATURE OF OFFICIAL

VALID ONLY FOR 30 DAYS AFTER THIS DATE BUT NOT BEYOND PERIOD OF STUDY END DATE

*P.V. Landoni*
SIGNATURE OF OFFICIAL

*Susan J Mulley*
STUDENT'S SIGNATURE

| LOAN APPLICATION AND AGREEMENT FOR A CANADA STUDENT LOAN | TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF |
|---|---|

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED ABOVE AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS AND INSTRUCTIONS TO STUDENTS OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT.

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS 'TOTAL PRINCIPAL CARRIED FORWARD' TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

*B.P.oh*
SIGNATURE OF RESPONSIBLE OFFICER OF THE BANK

| EFFECTIVE DATE OF THIS TRANSACTION | DAY | MONTH | YEAR |
| | 07 02 86 |
| AMOUNT, IF ANY, NOW BEING DISBURSED | $ 1680 XX |
| AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS | $ 7216 29 |
| TOTAL PRINCIPAL CARRIED FORWARD | $ 8896 29 |

FULL NAME, ADDRESS AND TELEPHONE NO. OF BANK
CANADIAN IMPERIAL BANK OF COMMERCE (824-0932)
23 COLLEGE AVE. W.
P.O. BOX 786.
GUELPH, ONTARIO
N1H 6M2

| M.I.C.R. BANK TRANSIT NUMBER | 09952 010 |

X *Susan J Mulley*
STUDENT'S SIGNATURE

COPY 1 - BANK

751368800

DISTRIBUTION — COPY 1 IS RETAINED BY ISSUING AGENCY AT TIME OF ISSUE
COPY 1 BE SENT BY ISSUING AGENCY TO THE STUDENT ASSISTANCE DIRECTORATE
(EXCEPT NFLD, ONT, MAN, ALTA, B.C., SASK.)
COPY 1  TO BE GIVEN TO STUDENT BY BANK
COPY 1  TO STUDENT  TO BE SENT BY BANK TO EDUCATIONAL INSTITUTION
COPY 1  TO STUDENT  TO BE SENT BY BANK TO STUDENT ASSISTANCE DIRECTORATE
COPY 1  TO ISSUING  P.O. BOX 2090, POSTAL STATION 'D', OTTAWA, ONTARIO  K1P 1C6
COPY 1  AUTHORITY  TO BE RETAINED BY BANK

SEC 4-1B (REV 12-84)

CROWN COPYRIGHTS RESERVED

3631640

The Canada Student Loans Act and regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. **KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.**

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study end date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdraw.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:

   (a) a Schedule 1 for a new loan or;

   (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;

   (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status. The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above. Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable. The amount which shall be payable will be the outstanding principal, plus interest accrued from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is later, at the rate in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority, or any employer to release to the lender holding your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

Secretary    Secrétariat
of State    d'État

**IMPORTANT TO YOU - READ OVERLEAF**

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1
PLEASE, TYPE OR PRINT CLEARLY

STUDENT # 751368800    EUAK 302272 31

PROVINCIAL USE    9 31    OFFICE ON    SOCIAL INSURANCE NO

4972    58    # 67-25562

**LOAN AUTHORIZATION – TO BE COMPLETED BY ISSUING AUTHORITY**

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT |
|---|---|
| MULLEY | SUSAN J |

NAME AND MAILING ADDRESS
SUSAN J. MULLEY
110=252 STONE RD W
GUELPH
ONT.    N1G=2V7

| DATE OF BIRTH | DAY | MONTH | YEAR | MALE OR FEMALE | SEX F | MARRIED-M SINGLE-S OTHER-O | MARITAL STATUS U |
|---|---|---|---|---|---|---|---|

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES H    SENIOR
MT ALBION RD RR#1
STONEY CREEK    ONT.

| INST CODE | F.O.S. CODE | PR. OF STUDY YR. | NO. OF YRS. OF STUDY | S/P | PERIOD OF STUDY END DATE MONTH | YEAR |
|---|---|---|---|---|---|---|
| E U A K | 3 2 | 3 4 | 2 | P | 0 4 | 7 |

CSE 9100

NOT NEGOTIABLE AFTER THIS DATE

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR
NAME OF COURSE
GUELPH, ONTARIO    N1G=2W1

| FIRST DISBURSEMENT | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| NOT BEFORE | 0 1 | 0 9 | 8 6 | 3300.XX |

| SECOND DISBURSEMENT | DAY | MONTH | YEAR | |
|---|---|---|---|---|
| NOT BEFORE | | | | .XX |

NAME AND ADDRESS OF ISSUING AGENCY
Ministry of Colleges and Universities,
Student Awards Branch
8th Floor, Mowat Block,
Queen's Park,
Toronto, Ontario
M7A 2B4

| PREVIOUS LOANS | TOTAL AMOUNT OF LOAN | 3360.XX |
|---|---|---|
| Yes ☐ No ☒ | | |

| | DATE OF ISSUE OF THIS CERTIFICATE | DAY 27 | MONTH 0 8 | YEAR 8 6 |
|---|---|---|---|---|

NAME OF OFFICIAL
W.H. Clarkson

TELEPHONE NO.
985-5241

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

TITLE
Director of Student Awards

ISSUING OFFICER'S SIGNATURE

**CONFIRMATION OF ENROLMENT – TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION**

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AT THIS INSTITUTION IN A COURSE OF STUDIES AT A POST SECONDARY SCHOOL LEVEL IN THE PERIOD OF STUDY SHOWN IN THE MONTH INDICATED ABOVE.

NAME OF OFFICIAL
LANDONI, P.V.

TELEPHONE NO.
824-4120

INSTRUCTIONS, IF ANY, TO BANK
LOAN NOT TO EXCEED
THIRTY-FOUR HUNDRED DOLLARS
REMIT $    TO INSTITUTION SHOWN
NIL

TITLE
BURSAR

| DATE SIGNED | DAY 12 | MONTH 09 | YEAR 86 |
|---|---|---|---|

P.V. Landoni per Chm.
SIGNATURE OF OFFICIAL

VALID FOR 30 DAYS AFTER THIS DATE BUT NOT BEYOND STUDY END DATE

BURSAR
SIGNATURE OF OFFICIAL    STUDENT'S SIGNATURE

**LOAN APPLICATION AND AGREEMENT – FOR A CANADA STUDENT LOAN**

TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED ABOVE AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS AND INSTRUCTIONS TO STUDENTS OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT.

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

SIGNATURE OF RESPONSIBLE OFFICER OF THE BANK

FULL NAME, ADDRESS AND TELEPHONE NO. OF BANK
CANADIAN IMPERIAL BANK OF COMMERCE (824-0632)
23 COLLEGE AVE. W.,
P.O. BOX 785,
GUELPH, ONTARIO
N1H 6M2

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 15 | 09 | 86 |

| AMOUNT, IF ANY, NOW BEING DISBURSED | $ 3360.XX |
|---|---|

| AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS | $ 8896.29 |
|---|---|

| TOTAL PRINCIPAL CARRIED FORWARD | $ 12256.29 |
|---|---|

| M.I.C.R. BANK TRANSIT NUMBER | 07954 010 |
|---|---|

STUDENT'S SIGNATURE
Susan J Mulley

COPY 1 - BANK

SEC 4-10 (REV 13-04)

751368800

DISTRIBUTION – COPY 8 RETAINED BY ISSUING AGENCY AT TIME OF ISSUE
COPY 8 TO BE SENT BY ISSUING AGENCY TO THE STUDENT ASSISTANCE DIRECTORATE (EXCEPT NFLD, ONT, MAN, ALTA, B.C., SASK.)
COPY 2    TO BE GIVEN    TO BE GIVEN TO STUDENT BY BANK
COPY 3    TO STUDENT    TO BE SENT BY BANK TO EDUCATIONAL INSTITUTION
COPY 4    BY ISSUING    TO BE SENT BY BANK TO STUDENT ASSISTANCE DIRECTORATE,
COPY 1    AUTHORITY    P.O. BOX 2090, POSTAL STATION "D", OTTAWA, ONTARIO K1P 5G9
         TO BE RETAINED BY BANK

CROWN COPYRIGHTS RESERVED

3883574

The Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution.  On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study and date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdraw.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate.  If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:

    (a) a Schedule 1 for a new loan or;

    (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;

    (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status.  The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above.  Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable.  The amount which shall be payable will be the outstanding principal, plus interest accrued from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is later, at the rate in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority, or any employer to release to the lender holding your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

**IMPORTANT TO YOU — READ OVERLEAF**

Secretary
of State
Secrétariat
d'État

**CANADA STUDENT LOANS ACT**
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1        STUDENT # 751368800        EUAK 303002: B1
PLEASE TYPE OR PRINT CLEARLY

PROVINCIAL USE

SOCIAL INSURANCE NO.

ON

**LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY**   C IBC – College, Guelph

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT |
|---|---|
| M U L L E Y | S U S A N  J. |

NAME AND MAILING ADDRESS
SUSAN J   MULLEY
240 WESTWOOD UNIT 16-C
GUELPH
ONT    N1M-7N9

836-5596

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES M   SENIOR
RR#1 MCALBION RD.
STONEY CREEK        ONT.

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR
NAME OF COURSE
GUELPH, ONTARIO        N1G-2W1

NAME AND ADDRESS OF ISSUING AGENCY
Ministry of Colleges and Universities,
Student Awards Branch
9th Floor, Mowat Block,
Queen's Park,
Toronto, Ontario
M7A 2B4

NAME OF OFFICIAL        TELEPHONE NO.
W.H. Clarkson        965 - 5241

TITLE
Director of Student Awards

| DATE OF BIRTH | DAY | MONTH | YEAR | MALE OR FEMALE | SEX | MARRIED - M SINGLE - S OTHER - O | MARITAL STATUS |
|---|---|---|---|---|---|---|---|
| | | | | | F | | O |

| INST. CODE | FOS CODE | PR. OF STUDY PR. PRS. | NO. OF WKS. OF STUDY | P/P | PERIOD OF STUDY END DATE MONTH | YEAR |
|---|---|---|---|---|---|---|
| E U A K | 4 7 | 1 0   2 | 34 | P | 0 4 | 8 8 |

CSEI X1.0.0

NOT NEGOTIABLE AFTER THIS DATE

| FIRST DISBURSEMENT | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| NOT BEFORE | 1 3 | 1 | 8 7 | 3360.XX |

| SECOND DISBURSEMENT | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| NOT BEFORE | | | | .XX |

PREVIOUS LOANS    Yes  No

TOTAL AMOUNT OF LOAN    3360.XX

| DATE OF ISSUE OF THIS CERTIFICATE | DAY | MONTH | YEAR |
|---|---|---|---|
| | 1 3 | 1 | 8 7 |

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

W.U. Clarkson
ISSUING OFFICER'S SIGNATURE

**CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION**

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AT THIS INSTITUTION IN A COURSE OF STUDIES AT A POST SECONDARY SCHOOL LEVEL IN THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

INSTRUCTIONS, IF ANY, TO BANK
LOAN NOT TO EXCEED
THIRTY-FOUR HUNDRED DOLLARS
REMIT'S        TO INSTITUTION
524.50
Univ of Guelph

NAME OF OFFICIAL        TELEPHONE NO.
LANDONI, R.V.        824-4120

TITLE
BURSAR

P.V. Landoni
SIGNATURE OF OFFICIAL

DATE SIGNED
DAY 27  MONTH 1  YEAR 87

VALID ONLY FOR 35 DAYS AFTER THE DATE BUT NOT BEFORE PERIOD OF STUDY END DATE

R.V. Landoni
STUDENT'S SIGNATURE

**LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN**    TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED ABOVE AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS AND INSTRUCTIONS TO STUDENTS OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT.

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

SIGNATURE OF RESPONSIBLE OFFICER OF THE BANK

CANADIAN IMPERIAL BANK OF COMMERCE #09952
23 COLLEGE AVE. W.,
P. O. BOX 786,
GUELPH, ONTARIO
N1H 6M2

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 27 | 1 | 87 |

AMOUNT, IF ANY, NOW BEING DISBURSED    $ 3360.XX

AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS    $12256.29

TOTAL PRINCIPAL CARRIED FORWARD    $15616.29

M.I.C.R. BANK TRANSIT NUMBER    09952  001

X Susan J Mulley
STUDENT'S SIGNATURE

CROWN COPYRIGHTS RESERVED
4444324

COPY 1 - BANK

SEC 4-80 (REV. 65-96)

751368800.0

DISTRIBUTION — COPY 4 RETAINED BY ISSUING AGENCY AT TIME OF ISSUE
COPY 2 TO BE SENT BY ISSUING AGENCY TO THE STUDENT ASSISTANCE DIRECTORATE (EXCEPT NFLD., ONT., MAN., ALTA., B.C., SASK.)
COPY 1 – TO BE GIVEN TO STUDENT BY BANK
COPY 2 – TO BE GIVEN TO STUDENT BY BANK
COPY 3 – TO BE GIVEN TO STUDENT
COPY 1 – TO BE RETAINED BY BANK

The Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form.  KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution.  On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study and date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdraw.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate.  If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:

   (a) a Schedule 1 for a new loan or;

   (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;

   (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status.  The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above.  Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable.  The amount which shall be payable will be the outstanding principal, plus interest accrued from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is later, at the rate in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority, or any employer to release to the bank holding your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

IMPORTANT — READ OVERLEAF

Secretary    Secrétaire
of State    d'État

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1
PLEASE TYPE OR PRINT CLEARLY

497058 05 NC

STUDENT # 751368800    EUAK 801181 CE

PROVINCIAL USE

PROVINCE 1    SOCIAL INSURANCE NO.

ON

## LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY

672562    REASSESSMENT

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT |
|---|---|
| MULLEY | SUSAN J. |

NAME AND MAILING ADDRESS
SUSAN J.    MULLEY
240 WESTWOOD UNIT 165C
GUELPH
ONT.    N1H-7W9.
836-5596

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES M    SENIOR
RR#1 MTALBION RD
STONEY CREEK    ONT.

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR
NAME OF COURSE
GUELPH ONTARIO    N1G 2W1

NAME AND ADDRESS OF ISSUING AGENCY
Ministry of Colleges and Universities,
Student Awards Branch
8th Floor, Mowat Block,
Queen's Park,
Toronto, Ontario
M7A 2B4

| NAME OF OFFICIAL | TELEPHONE NO. |
|---|---|
| W.H. Clarkson | 965-6241 |

TITLE
Director of Student Awards

| DATE OF BIRTH | DAY | MONTH | YEAR | MALE OR FEMALE | SEX F | MARRIED-M SINGLE-S OTHER-O | MARITAL STATUS O |
|---|---|---|---|---|---|---|---|

| INST. CODE | F.O.S. CODE | YR. OF STUDY PR. | NO. OF WKS. PRS. | NO. OF STUDY | | PERIOD OF STUDY END DATE |
|---|---|---|---|---|---|---|
| E U A K | 4;7 | .1 | 2 | 48 | .P | 0.8;8;8 |
| | | | | | S/P | MONTH  YEAR |

OSE: %10.0

NOT NEGOTIABLE AFTER THIS DATE

| | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| FIRST DISBURSEMENT | | | | |
| NOT BEFORE | 1;2 | 0;5 | 8;8 | 1680 XX |
| SECOND DISBURSEMENT | | | | |
| NOT BEFORE | | | | XX |

PREVIOUS LOANS
Yes    No
X

| TOTAL AMOUNT OF LOAN | | | 1680 XX |
|---|---|---|---|
| DATE OF ISSUE OF THIS CERTIFICATE | DAY 1;2 | MONTH 0;5 | YEAR 8;8 |

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

ISSUING OFFICER'S SIGNATURE

## CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AT THIS INSTITUTION IN A COURSE OF STUDIES AT A POST SECONDARY SCHOOL LEVEL IN THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

| NAME OF OFFICIAL | TELEPHONE NO. |
|---|---|
| LANDONI, R.V. | 824-4120 |

TITLE
BURSAR

DATE SIGNED
30 05 88

SIGNATURE OF OFFICIAL

VALID ONLY FOR 30 DAYS FROM THIS DATE. IT IS THE DATE AFTER THE END OF THE PERIOD OF STUDY END DATE

INSTRUCTIONS, IF ANY, TO BANK
LOAN NOT TO EXCEED
SEVENTEEN HUNDRED DOLLARS
REMIT $    TO INSTITUTION SHOWN
596.50
UNIV. OF GUELPH

SIGNATURE OF OFFICIAL    STUDENT'S SIGNATURE

## LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN

TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED ABOVE AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS AND INSTRUCTIONS TO STUDENTS OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT.

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

SIGNATURE OF RESPONSIBLE OFFICER OF THE BANK

FULL NAME, ADDRESS AND TELEPHONE NO. OF BANK
CANADIAN IMPERIAL BANK OF COMMERCE (824-0932)
23 COLLEGE AVE. W.,
P. O. BOX 786,
GUELPH, ONTARIO
N1H 6M2

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 30 | 05 | 88 |

| AMOUNT, IF ANY, NOW BEING DISBURSED | $ 1680 XX |
|---|---|
| AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS | $ 15616 29 |
| TOTAL PRINCIPAL CARRIED FORWARD | $ 17296 29 |

| M.I.C.R. BANK TRANSIT NUMBER | 09952  010 |
|---|---|

STUDENT'S SIGNATURE

DISTRIBUTION
COPY 6 RETAINED BY ISSUING AGENCY AT TIME OF ISSUE
COPY 5 TO BE SENT BY ISSUING AGENCY TO THE STUDENT ASSISTANCE DIRECTORATE
(EXCEPT NFLD., ONT., MAN., ALTA., B.C. SASK.)

COPY 1 — BANK

COPY 1    TO BE GIVEN TO STUDENT BY BANK
COPY 2    TO BE SENT BY BANK TO EDUCATIONAL INSTITUTION
COPY 3    TO BE SENT BY BANK TO STUDENT ASSISTANCE DIRECTORATE
COPY 4    P.O. BOX 2090, POSTAL STATION "D", OTTAWA, ONTARIO K1P 9C6
BY ISSUING AUTHORITY    TO BE RETAINED BY BANK

CROWN COPYRIGHTS RESERVED

4501823

SEC 6-50 (REV. 63-04)

751368800

The Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study end date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdraw.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:

   (a) a Schedule 1 for a new loan or;

   (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;

   (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status. The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above. Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable. The amount which shall be payable will be the outstanding principal plus interest accrued from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is later at the rate in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority, or any employer to release to the lender holding your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

**IMPORTANT TO YOU — READ OVERLEAF**

Department of the Secretary of State of Canada
Secrétariat d'État du Canada

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1
PLEASE TYPE OR PRINT CLEARLY

| STUDENT N | PROVINCIAL USE | PROVINCE | SOCIAL INSURANCE NO. |
|---|---|---|---|
| 751368800 | EUAK 303282 B1 | 1 ON | |

a/c 67-25562

## LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT |
|---|---|
| MULLEY | SUSAN J |

836-5566

NAME AND MAILING ADDRESS
SUSAN J   MULLEY
240 WESTWOOD UNIT 16-C
GUELPH
ONT   N1H 7W9

| DATE OF BIRTH | DAY | MONTH | YEAR | MALE OR FEMALE | SEX F | MARRIED-M SINGLE-S OTHER-O | MARITAL STATUS O |
|---|---|---|---|---|---|---|---|

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES H   SENIOR
RR#1 MOUNT ALBION RD
STONEY CREEK   ONT

| INST. CODE | P.O.S. CODE | PR. OF STUDY PR. | PRS. | NO. OF WKS OF STUDY | B/P | PERIOD OF STUDY END DATE MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| EUAK | 62 | 12 | 4 | 32 | 1P | 04 | 89 |

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR

ART   CSE1 X100

NOT NEGOTIABLE AFTER THIS DATE

NAME OF COURSE
GUELPH, ONTARIO   N1G 2W1

NAME AND ADDRESS OF ISSUING AGENCY
Ministry of Colleges and Universities,
Student Awards Branch
8th Floor, Mowat Block,
Queen's Park,
Toronto, Ontario
M7A 2B4

| FIRST DISBURSEMENT | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| NOT BEFORE | 14 | 12 | 88 | 3360 |
| SECOND DISBURSEMENT | DAY | MONTH | YEAR | |
| NOT BEFORE | | | | XX |

| PREVIOUS LOANS | TOTAL AMOUNT OF LOAN | $ 3360 |
|---|---|---|

| Yes | No |
|---|---|

NAME OF OFFICIAL
F.R. Kleiman

TITLE
Director of Student Awards

TELEPHONE NO.
965-5241

DATE OF ISSUE OF THIS CERTIFICATE  14 12 88

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT

ISSUING OFFICER'S SIGNATURE

## CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AT THIS INSTITUTION IN A COURSE OF STUDIES AT A POST SECONDARY SCHOOL LEVEL IN THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

INSTRUCTIONS, IF ANY, IN THIS BOX
LOAN NOT TO EXCEED
THIRTY-FOUR HUNDRED DOLLARS
REMIT  $ 587.75  TO INSTITUTION SHOWN
Univ of Guelph

NAME OF OFFICIAL
LANDONI, R.V.

TELEPHONE NO.
824-4120

TITLE
BURSAR

| DATE SIGNED | DAY | MONTH | YEAR |
|---|---|---|---|
| | 09 | 01 | 89 |

VALID ONLY FOR 30 DAYS AFTER THIS DATE BUT NOT BEYOND PERIOD OF STUDY END DATE

P.V. Landoni   MD   SIGNATURE OF OFFICIAL

P.V. Landoni   MD   Susan J Mulley   STUDENT

## LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN

TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED ABOVE AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS AND INSTRUCTIONS TO STUDENTS OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT.

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE STUDENTS TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

SIGNATURE OF RESPONSIBLE OFFICER OF THE BANK

| EFFECTIVE DATE OF THIS TRANSACTION | DAY 16 | MONTH 01 | YEAR 89 |
|---|---|---|---|

| AMOUNT, IF ANY, NOW BEING DISBURSED | $ 3360 XX |
|---|---|

| AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS | $17,296.29 |
|---|---|

Susan J Mulley   STUDENT'S SIGNATURE

FULL NAME, ADDRESS AND TELEPHONE NO. OF BANK
CANADIAN IMPERIAL BANK OF COMMERCE (824-0982)
23 COLLEGE AVE. W.
P. O. BOX 786,
GUELPH, ONTARIO
N1H 6M2

| TOTAL PRINCIPAL CARRIED FORWARD | $20,656.29 |
|---|---|

| M.I.C.R. BANK TRANSIT NUMBER | 00952 010 |
|---|---|

COPY 1 - BANK

DISTRIBUTION
COPY 6 RETAINED BY ISSUING AGENCY AT TIME OF ISSUE
COPY 5 TO BE SENT BY ISSUING AGENCY TO THE STUDENT ASSISTANCE DIRECTORATE (EXCEPT NFLD., ONT., MAN., ALTA., B.C., SASK.)
COPY 4   TO BE GIVEN   TO BE SENT BY BANK TO EDUCATIONAL INSTITUTION
COPY 3   BY ISSUING   TO BE SENT BY BANK TO STUDENT ASSISTANCE DIRECTORATE,
COPY 2   AUTHORITY   P.O. BOX 2090, POSTAL STATION "D", OTTAWA, ONTARIO K1P 6C6
COPY 1   TO BE RETAINED BY BANK

CROWN COPYRIGHTS RESERVED

4858222

SEC 4-18 (REV. 16-88)

751368800

The Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study end date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdraw.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:

   (a) a Schedule 1 for a new loan or;

   (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;

   (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status. The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above. Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable. The amount which shall be payable will be the outstanding principal, plus interest accrued from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is later, at the rate in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority, or any employer to release to the lender holding your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

**IMPORTANT TO YOU — READ OVERLEAF**

Department of the Secretary    Secrétariat d'État
State of Canada    du Canada

CANADA STUDENT LOANS ACT    497a 69
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1    STUDENT # 751368800    EUAK 800883 C2
PLEASE TYPE OR PRINT CLEARLY

| PROVINCIAL USE | PROVINCE | SOCIAL INSURANCE NO. |
|---|---|---|
| 1 1 | ON | |

LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY    61-25362    REASSESSMENT:

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT |
|---|---|
| M U L L E Y | S U S A N   J. |

NAME AND MAILING ADDRESS
SUSAN J.    MULLEY
240 WESTWOOD UNIT# 16-C
GUELPH
ONT    N1H-7N9

| | DAY | MONTH | YEAR | MALE OR FEMALE | SEX | MARRIED-M SINGLE-S OTHER-O | MARITAL STATUS |
|---|---|---|---|---|---|---|---|
| DATE OF BIRTH | | | | | F | | O |

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES H    SENIOR
RR#1 MOUNT ALBION RD    APT#
STONEY CREEK    ONT

| INST. CODE | F.O.S. CODE | PR. OF STUDY | | NO. OF WKS OF STUDY | | PERIOD OF STUDY START AND END DATE |
|---|---|---|---|---|---|---|
| | | PR. | PRE. | | S/P | MONTH | DAY |
| EUAK | 62 | 29 | 4 | 49 | P | 08 9 |

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR
NAME OF COURSE
GUELPH, ONTARIO    N1G-2W1

CSE: X100

NOT NEGOTIABLE AFTER THIS DATE

| FIRST DISBURSEMENT | | DAY | MONTH | YEAR | ACCOUNT |
|---|---|---|---|---|---|
| NOT BEFORE | | 1 2 | 04 | 89 | 1680X |

NAME AND ADDRESS OF ISSUING AGENCY
Ministry of Colleges and Universities,
Student Awards Branch
8th Floor, Mowat Block,
Queen's Park,
Toronto, Ontario
M7A 2B4

| SECOND DISBURSEMENT | DAY | MONTH | YEAR |
|---|---|---|---|
| NOT BEFORE | | | XX |

| PREVIOUS LOANS | | TOTAL AMOUNT OF LOAN |
|---|---|---|
| Yes | No | 1680X |

NAME OF OFFICIAL
F.R. Kleiman

| | DAY | MONTH | YEAR |
|---|---|---|---|
| DATE OF ISSUE OF THIS CERTIFICATE | 1 2 | 04 | 89 |

TELEPHONE NO.
965-5241

TITLE
Director of Student Awards

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT

ISSUING OFFICER'S SIGNATURE

CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AT THIS INSTITUTION IN A COURSE OF STUDIES AT A POST SECONDARY SCHOOL LEVEL IN THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

INSTRUCTIONS, IF ANY, TO BANK
LOAN NOT TO EXCEED
SEVENTEEN HUNDRED DOLLARS
REMIT $ ___ TO INSTITUTION SHOWN

NAME OF OFFICIAL
LANDONI, P.V.    D

TELEPHONE NO.
824-4120

TITLE
BURSAR

| DATE SIGNED | DAY | MONTH | YEAR |
|---|---|---|---|
| | 05 | 05 | 89 |

NIL.

SIGNATURE OF OFFICIAL
P.V. Landoni

VALID ONLY FOR 31 DAYS AFTER THIS DATE BUT NOT BEYOND THE PERIOD OF STUDY END DATE

STUDENT'S SIGNATURE

LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN    TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED ABOVE AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS AND INSTRUCTIONS TO STUDENTS OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT.

I HAVE MADE THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

SIGNATURE OF AUTHORIZED OFFICER OF THE BANK

FULL NAME, ADDRESS AND TELEPHONE NO. OF BANK
CANADIAN IMPERIAL BANK OF COMMERCE (00952)
23 COLLEGE AVE. W.,
P. O. BOX 788,
GUELPH, ONTARIO
N1H 4M2

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 05 | 05 | 89 |

| AMOUNT, IF ANY, NOW BEING DISBURSED | 1680 00 |
|---|---|
| AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS | 20,656.29 |
| TOTAL PRINCIPAL CARRIED FORWARD | 22336.29 |
| M.I.C.R. BANK TRANSIT NUMBER | 09952 010 |

STUDENT'S SIGNATURE

COPY 1 — BANK

DISTRIBUTION
COPY 1 RETAINED BY ISSUING AGENCY AT TIME OF ISSUE
COPY 2 TO BE SENT BY ISSUING AGENCY TO THE STUDENT ASSISTANCE DIRECTORATE (EXCEPT MAN., ALTA., N.S., ONT.)
COPY 1 — TO BE GIVEN TO STUDENT BY BANK
COPY 2 — TO STUDENT
COPY 3 — TO BE SENT TO STUDENT BY BANK
COPY 4 — TO STUDENT
COPY 5 — TO ISSUING AUTHORITY

CROWN COPYRIGHTS RESERVED

4875500

751368800

SSC 480 (REV. 05-89)

The Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans take them to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time; therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. **KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.**

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study end date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdrew.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:

   (a) a Schedule 1 for a new loan or;

   (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;

   (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate, valid schedule by the required date will result in the loss of your interest-free status. The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above. Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable. The amount which shall be payable will be the outstanding principal, plus interest accrued from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is later, at the rate in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority, or any employer to release to the lender holding your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

**IMPORTANT — TO — READ OVERLEAF**

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY

497258

| | PROVINCIAL USE | PROVINCE | SOCIAL INSURANCE NO. |
|---|---|---|---|

SCHEDULE 1   STUDENT # 751368800   EUAK 302881 B1   **1**   ON

PLEASE TYPE OR PRINT CLEARLY

▶ LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY   N/A   09   61-25562

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT |
|---|---|
| M U L L E Y | S U S A N  J |

NAME AND MAILING ADDRESS

SUSAN J    MULLEY (use)
240 WESTWOOD UNIT 16-C
GUELPH
ONT:    N1H-7W9

| | DAY | MONTH | YEAR | MALE OR FEMALE | SEX | MARRIED-M SINGLE-S OTHER-O | MARITAL STATUS |
|---|---|---|---|---|---|---|---|
| DATE OF BIRTH | | | | | F | | M |

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)

FRANCES H    SENIOR
2 CHERRY BLOSSOM LANE    ART:
BOX 175 VINELAND    ONT   L0R-2C0

| INST. CODE | F.O.S. CODE | PR. OF STUDY PRS | NO. OF WKS OF STUDY | S/P | PERIOD OF STUDY END DATE |
|---|---|---|---|---|---|
| E U A K | 1 7 | 2Ø S | 34 | P | 0 4 9 1 |

C8E. %100

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION

UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR

NOT NEGOTIABLE AFTER THIS DATE

| FIRST DISBURSEMENT | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| NOT BEFORE | 05 | 09 | 90 | $ 3976X |

NAME OF COURSE

GUELPH, ONTARIO    N1G-2W1

| SECOND DISBURSEMENT | DAY | MONTH | YEAR | |
|---|---|---|---|---|
| NOT BEFORE | | | | $ .XX |

NAME AND ADDRESS OF ISSUING AGENCY

Ministry of Colleges and Universities,
Student Awards Branch
P.O. Box 4500
Thunder Bay, Ontario
P7B 6G9

| PREVIOUS LOANS | TOTAL AMOUNT OF LOAN |
|---|---|
| Yes □ 05  No □ | $ 3976X |

| | DAY | MONTH | YEAR |
|---|---|---|---|
| DATE OF ISSUE OF THIS CERTIFICATE | 05 | 09 | 90 |

NAME OF OFFICIAL

Jan Donio

| TELEPHONE NO |
|---|
| 807 - 345 - 4830 |

TITLE

Director of Student Awards

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

Donio

ISSUING OFFICER'S SIGNATURE

▶ CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AT THIS INSTITUTION IN A COURSE OF STUDIES AT A POST-SECONDARY SCHOOL LEVEL IN THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

INSTRUCTIONS, IF ANY, TO BANK

LOAN NOT TO EXCEED
THIRTY-SIX HUNDRED DOLLARS
REMIT $    NIL    TO INSTITUTION SHOWN

| NAME OF OFFICIAL | TELEPHONE NO. |
|---|---|
| LANDONI, R.V. | 824-4120 |

TITLE

BURSAR

P.V. Landoni 10X

SIGNATURE OF OFFICIAL

| DATE SIGNED | DAY | MONTH | YEAR |
|---|---|---|---|
| | 28 | 09 | 90 |

VALID ONLY FOR 35 DAYS AFTER THIS DATE BUT NOT BEYOND PERIOD OF STUDY END DATE

BURSAR

P.V. Landoni 4X

SIGNATURE OF OFFICIAL

S.M. Mulley

STUDENT'S SIGNATURE

▶ LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN

TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED ABOVE AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS AND INSTRUCTIONS TO STUDENTS OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT.

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

SIGNATURE OF RESPONSIBLE OFFICER OF THE BANK

FULL NAME, ADDRESS AND TELEPHONE NO. OF BANK

CANADIAN IMPERIAL BANK OF COMMERCE (824-0932)
23 COLLEGE AVE W.,
GUELPH, ONTARIO
N1H 6M2

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 28 | 09 | 90 |
| AMOUNT, IF ANY, NOW BEING DISBURSED | $ 3570.80 | | |
| AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS | $ 22336.29 | | |
| TOTAL PRINCIPAL CARRIED FORWARD | $ 25906.29 | | |

TRANSIT NUMBER   09952 010

S.M. Mulley

STUDENT'S SIGNATURE

**COPY 1 - BANK**

DISTRIBUTION

COPY 1 IS RETAINED BY ISSUING AGENCY AT TIME OF ISSUE
COPY 1 TO BE SENT BY ISSUING AGENCY TO THE STUDENT ASSISTANCE DIRECTORATE
COPY — TO BE GIVEN TO STUDENT BY BANK
COPY — TO STUDENT TO BE SENT BY BANK TO EDUCATIONAL INSTITUTION
COPY — BY ISSUING TO BE SENT BY BANK TO STUDENT ASSISTANCE DIRECTORATE
COPY — AUTHORITY P. O. BOX 2090, POSTAL STATION "D", OTTAWA, ONTARIO K1P 6C6
COPY — TO BE RETAINED BY BANK

CROWN COPYRIGHTS RESERVED

5569560

SEQ 751368800

The Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form. KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study end date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdraw.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate. If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:

   (a) a Schedule 1 for a new loan or;

   (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;

   (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status. The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the date you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above. Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction, shall forthwith become due and payable. The amount which shall be payable will be the outstanding principal, plus interest accrued from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is later, at the rate in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority, or any employer to release to the lender holding your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan to your bank for application to your Canada Student Loan debt.

**IMPORTANT — READ OVERLEAF**

Department of the Secretary
of State of Canada    du Cana

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1    STUDENT #:

| PROVINCIAL USE | PROVINCE | SOCIAL INSURANCE NO. |
|---|---|---|
| EUAK 800861 C2 | 1 ON | |

497

▶ LOAN AUTHORIZATION — TO BE COMPLETED BY ISSUING AUTHORITY    REASSESSMENT
67-25562

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT |
|---|---|
| M U L L E Y | S U S A N  J |

NAME AND MAILING ADDRESS
SUSAN J  MULLEY
240 WESTWOOD UNIT 16-C
GUELPH
ONT   N1H-7W9

836-5596

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES M  SENIOR
2 CHERRY BLOSSOM LANE    APT
BOX 175 VINELAND    ONT   L0R-2C0

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR

NAME OF COURSE
GUELPH, ONTARIO    N1G-2W1

NAME AND ADDRESS OF ISSUING AGENCY
Ministry of Colleges and Universities,
Student Awards Branch
P.O. Box 4500
Thunder Bay, Ontario
P7B 6G9

NAME OF OFFICIAL
Jan Donio

TELEPHONE NO.
807 - 345 - 4830

TITLE
Director of Student Awards

| DATE OF BIRTH | DAY | MONTH | YEAR | MALE OR FEMALE | SEX F | MARRIED-M SINGLE-S OTHER-O | MARITAL STATUS M |
|---|---|---|---|---|---|---|---|

| INST. CODE | P.O.S. CODE | PR. OF STUDY | NO. OF WKS OF STUDY | S/P | PERIOD OF STUDY END DATE |
|---|---|---|---|---|---|
| E U A K | 147 | | | P | 0 8 9 1 |

CSEI X100

NOT NEGOTIABLE AFTER THIS DATE

| FIRST DISBURSEMENT | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| NOT BEFORE | 1 0 | 04 | 91 | 1785 |

| SECOND DISBURSEMENT | DAY | MONTH | YEAR | |
|---|---|---|---|---|
| NOT BEFORE | | | | $ .XX |

| PREVIOUS LOANS | TOTAL AMOUNT OF LOAN | 1785 |
|---|---|---|
| Yes  No | | |

| DATE OF ISSUE OF THIS CERTIFICATE | DAY 1 0 | MONTH 04 | YEAR 91 |
|---|---|---|---|

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

ISSUING OFFICER'S SIGNATURE

▶ CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AT THIS INSTITUTION IN A COURSE OF STUDIES AT A POST-SECONDARY SCHOOL LEVEL IN THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE

NAME OF OFFICIAL
LANDONI, P.V.

TELEPHONE NO.
824-4120

TITLE
BURSAR

| DATE SIGNED | DAY 27 | MONTH 05 | YEAR 91 |
|---|---|---|---|

VALID ONLY FOR 28 DAYS AFTER THIS DATE BUT NOT BEYOND PERIOD OF STUDY END DATE

SIGNATURE OF OFFICIAL    BURSAR

INSTRUCTIONS, IF ANY, TO BANK
LOAN NOT TO EXCEED
EIGHTEEN HUNDRED DOLLARS
REMIT $ NIL TO INSTITUTION SHOWN

SIGNATURE OF OFFICIAL    BURSAR
STUDENT'S SIGNATURE

▶ LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN    TO BE COMPLETED BY BANK AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED ABOVE AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS AND INSTRUCTIONS TO STUDENTS OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT.

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

SIGNATURE OF RESPONSIBLE OFFICER OF THE BANK

FULL NAME, ADDRESS AND TELEPHONE NO. OF BANK
CANADIAN IMPERIAL BANK OF COMMERCE (824-0932)
23 COLLEGE AVE. W.
GUELPH, ONTARIO

| EFFECTIVE DATE OF THIS TRANSACTION | DAY 27 | MONTH 05 | YEAR 91 |
|---|---|---|---|

| AMOUNT, IF ANY, NOW BEING DISBURSED | $ 1785 00 |
|---|---|
| AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS | 25 906 29 |
| TOTAL PRINCIPAL CARRIED FORWARD | 27 691 29 |

TRANSIT NUMBER
09852  010

STUDENT'S SIGNATURE

CROWN COPYRIGHTS RESERVED

COPY 1 - BANK
DISTRIBUTION
COPY 1 IS RETAINED BY ISSUING AGENCY AT TIME OF STUDENT ASSISTANCE DIRECTORATE
COPY 1 TO BE SENT BY ISSUING AGENCY TO THE STUDENT ASSISTANCE DIRECTORATE
(EXCEPT NFLD., ONT., MAN., ALTA., B.C., SASK.)
COPY 1 - TO BE GIVEN TO STUDENT BY BANK
COPY 1 - TO STUDENT  TO BE SENT BY BANK TO EDUCATIONAL INSTITUTION
COPY 1 - BY ISSUING  TO BE SENT BY BANK TO STUDENT ASSISTANCE DIRECTORATE,
COPY 1 - AUTHORITY  P.O. BOX 2090, POSTAL STATION "D", OTTAWA, ONTARIO K1P 6C6
TO BE RETAINED BY BANK

5642578

The Canada Student Loans Act and Regulations set forth the definitive legal rights and obligations of a student and should be referred to in case of uncertainty or dispute.

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the Confirmation of Enrolment section and then take the four copies to any authorized lender (all Canadian chartered banks and other designated lenders) or, if you have previous loans to the bank branch where they are held, for negotiation.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one bank branch at one time, therefore, if you wish to change banks you must request your new bank to arrange transfer of your previous loans before this certificate can be negotiated.

3. When you and the bank have completed the loan application and agreement section, the bank will make the first disbursement available to you and give you a copy of this form.  KEEP YOUR COPY SAFE FOR FUTURE REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your bank at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution.  On presentation of the completed Schedule 2 form, your bank may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your period of study and date shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdrew.

6. If you enroll in a course other than that stated on your application for this loan or you enroll for only part of the period for which the certificate was issued, you must not negotiate this certificate but return it to the issuing authority for reassessment.

## SUMMARY OF YOUR TERMS AND CONDITIONS

1. You hereby agree to ensure that all Canada Student Loans are maintained at one branch of a bank and to arrange any transfers necessary to effect this prior to negotiating this certificate.  If you fail to disclose total indebtedness under the Canada Student Loans Act, including any such loans previously defaulted, when completing Schedules 1 or 2, legal proceedings may be instituted.

2. You hereby agree that if you continue full-time study in a different course or in a succeeding period of study, you will lodge with your bank before the end of that period of study and within six months of the end of your current period of study either:

   (a) a Schedule 1 for a new loan or;

   (b) a Schedule 2 (obtainable from educational institution or your bank) if application for a new loan has been made but you have not received a Schedule 1 within the period above or;

   (c) a Schedule 2 (obtainable from educational institution or your bank) if you have not applied for a new loan for the period of study concerned.

**NOTE:** Failure to provide the appropriate valid schedule by the required date will result in the loss of your interest-free status.  The bank is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and, if requested, you pay to the bank any interest accrued.

3. You hereby agree that if you provide a Schedule 2 as required in 2(b) or 2(c) above, you will comply with the instructions, terms, and conditions set out on it.

4. You hereby agree to notify the bank of any changes in your name or address as they occur.

5. You hereby agree where there is an outstanding debt to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your bank within six months of the date upon which you ceased to be a full-time student.

**NOTE:** The interest rate you will pay on your Canada Student Loan is the rate in effect on the day you sign the Consolidated Guaranteed Student Loan Agreement required under 5 above.  Should you fail to sign a Consolidated Guaranteed Student Loan Agreement within the time period specified in 5 above, you will be charged the rate of interest in effect on the first day of the seventh month after you ceased to be a full-time student according to the last valid document which you provided to the bank.

6. You hereby agree to attend, as required by the lender, the Federal Government or its agents, any meeting called for the purpose of discussing your loans.

7. You hereby agree that if you are convicted of an offence under the Act, any of your guaranteed student loans which are outstanding on the date of your conviction shall forthwith become due and payable.  The amount which shall be payable will be the outstanding principal, plus interest accrued from the date of the commission of the offence, or from the date of the negotiation of the loan, whichever is later, at the rate in effect on that date.

8. In the event of default of this loan, you hereby authorize any educational institution that you may have attended, or provincial authority, or any employer to release to the lender holding your loans, or to the Federal Government or its agents, such pertinent information as they may require from time to time.

9. You hereby authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan, to your bank for application to your Canada Student Loan debt.

**IMPORTANT TO — READ OVERLEAF**

Department of the Secretary
of State of Canada   du Canada

CANADA STUDENT LOANS ACT 67-05022
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1   STUDENT # 751368800   EUAK 30271A 81
PLEASE TYPE OR PRINT CLEARLY

| PROVINCIAL USE | PROVINCE | SOCIAL INSURANCE NO. |
|---|---|---|
| | 1 1 ON | 4972155 (1) |

► **LOAN AUTHORIZATION — TO BE COMPLETED BY APPROPRIATE AUTHORITY**

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT |
|---|---|
| MULLEY | SUSAN   J. |

CURRENT ADDRESS
SUSAN   J. MULLEY
240 WESTWOOD   APT. 20-C
GUELPH
ON   N1H-7W9
836-5596

| DATE OF BIRTH | DAY | MONTH | YEAR | MALE OR FEMALE F | SEX | MARRIED-M SINGLE-S OTHER-O | MARITAL STATUS O |
|---|---|---|---|---|---|---|---|

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES   H SENIOR
2 CHERRY BLOSSOM LANE   APT.
VINELAND   ON   L0R-2C0

| INST. CODE | P.O.S. CODE | PR. OF STUDY PR. PRS. | NO. OF WKS. OF STUDY | S/P | PERIOD OF STUDY END DATE MONTH YEAR |
|---|---|---|---|---|---|
| E U A K | 6 2 | 3 4 | 33 | P | 0 4 9 2 |

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR
NAME OF COURSE
GUELPH, ONTARIO   N1G-2W1

CSE X1.00
NOT NEGOTIABLE AFTER THIS DATE

| | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| FIRST DISBURSEMENT NOT BEFORE | 1 6 | 1 0 | 9 1 | 3465 XX |
| SECOND DISBURSEMENT NOT BEFORE | | | | XX |
| PREVIOUS AUTHORIZED LOANS | | | | |
| TOTAL AMOUNT OF LOAN | | | | 3465 XX |

NAME AND ADDRESS OF APPROPRIATE AUTHORITY
Ministry of Colleges & Universities
Student Support Branch
P.O. Box 4500
Thunder Bay, Ontario  P7B 6G9

NAME OF OFFICIAL
Jan Donlo

| DATE OF ISSUE OF THIS CERTIFICATE | DAY | MONTH | YEAR |
|---|---|---|---|
| | 1 6 | 1 0 | 9 1 |

TELEPHONE NO.
807-343-7260

TITLE
Director of Student Support

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

SIGNATURE OF APPROPRIATE AUTHORITY OFFICIAL

► **CONFIRMATION OF ENROLMENT — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION**

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AT THE INSTITUTION IN A COURSE OF STUDIES AT A POST SECONDARY SCHOOL LEVEL FOR THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

INSTRUCTIONS, IF ANY, TO LENDER
LOAN NOT TO EXCEED
THIRTY-FIVE HUNDRED DOLLARS
REMIT $   TO INSTITUTION SHOWN

NAME OF AUTHORIZED OFFICER
LANDONI, P.V.

TITLE
BURSAR

| CERTIFIED CORRECT | DAY | MONTH | YEAR |
|---|---|---|---|
| | 1 1 | 1 0 | 9 1 |

VALID ONLY FOR 30 DAYS AFTER CERTIFICATE BUT NOT BEYOND PERIOD OF STUDY END DATE

P.V. Landoni per Chan
SIGNATURE OF AUTHORIZED OFFICER

SIGNATURE OF RESPONSIBLE OFFICER OF THE LENDER

Susan J Mulley
STUDENT'S SIGNATURE

► **LOAN APPLICATION AND AGREEMENT — FOR A CANADA STUDENT LOAN**

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE "SUMMARY OF YOUR OBLIGATIONS AND LOAN CONDITIONS" AND "INSTRUCTIONS TO STUDENTS" OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT. I AUTHORIZE THE LENDER TO DISCLOSE TO AND OBTAIN FROM ANY OTHER CONSUMER CREDIT GRANTORS, CREDIT BUREAUS OR CREDIT REPORTING AGENCIES ALL PARTICULARS AND INFORMATION RELATING TO THE LOAN AUTHORIZATION, APPLICATION AND AGREEMENT OF MY CANADA STUDENT LOAN.

TO BE COMPLETED BY LENDER AND STUDENT AFTER REFERRING OVERLEAF

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE THAT ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THAT THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 1 3 | 1 1 | 9 1 |

| CSL GUARANTEE FEE (5% OF NEW LOAN AMOUNT) (ATTACH REMITTANCE TO GUARANTEE FEE) | 103.95 XX |
|---|---|
| NEW LOAN AMOUNT DISBURSED | $3465.00 |
| AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS | $27,691.29 |
| TOTAL PRINCIPAL CARRIED FORWARD | $31,156.29 |

SIGNATURE OF RESPONSIBLE OFFICER OF THE LENDER

FULL NAME, ADDRESS AND TELEPHONE NO. OF LENDER (824-0932)
CANADIAN IMPERIAL BANK OF COMMERCE
23 COLLEGE AVE. W.,
GUELPH, ONTARIO
N1H 6M2

| TRANSIT NUMBER | 09952 010 |
|---|---|

STUDENT'S SIGNATURE

DISTRIBUTION — COPY 6   RETAINED BY ISSUING AGENCY AT TIME OF ISSUE
COPY 5   TO BE SENT BY ISSUING AGENCY TO THE STUDENT ASSISTANCE BRANCH
COPY 4   TO BE GIVEN TO STUDENT BY LENDER
COPY 3   TO BE SENT BY LENDER TO EDUCATIONAL INSTITUTION
COPY 2   TO BE GIVEN   TO BE SENT BY LENDER TO STUDENT ASSISTANCE BRANCH
COPY 1   TO STUDENT   WITH REMITTANCE TO GUARANTEE FEE
BY ISSUING   P.O. BOX 2090, POSTAL STATION "D", OTTAWA, ONTARIO  K1P 5C8
AUTHORITY   TO BE RETAINED BY LENDER.

CROWN COPYRIGHTS RESERVED

COPY 1 - LENDER

751368800

6084503

1. Take all four copies of this form to your educational institution for completion of the "Confirmation of Enrolment" section. Then take the four copies to any authorized lender (all Canadian chartered banks, and other designated lenders) for negotiation. If you already have full- or part-time loans, go to the lender branch where they are held.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one lender branch at a time. If you wish to change lenders, you must ask your old lender to transfer your previous full- and part-time loans before this certificate can be negotiated.

3. When you and the lender have completed the "Loan Application and Agreement" section, the lender will make the net disbursement available to you and give you a copy of this form. KEEP THIS COPY SAFE FOR REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your lender at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your lender may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your "Period of Study End Date" shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdrew.

6. If you enrol in a course other than the one listed in your application for this loan, or if you enrol for only part of the period listed in the certificate, you must not negotiate this certificate, but return it to the issuing authority for reassessment. Consult with your lender or educational institution since a Schedule 2 may be required to maintain your Canada Student Loan in interest free status.

### SUMMARY OF YOUR OBLIGATIONS AND LOAN CONDITIONS

1. The Canada Student Loans Act and Regulations, which set forth the definitive legal rights and obligations of a student, should be referred to in case of uncertainty or dispute.

2. You agree to ensure that all your Canada Student Loans are maintained at one lender branch, and to arrange any necessary transfers before negotiating this certificate. If you fail to disclose your total indebtedness under the Canada Student Loan Act, including any loans on which you defaulted, legal proceedings may be started against you.

3. If you continue your studies, within six months of the "Period of Study End Date" indicated on the face of this document, you will give your lender:

   (a) a Schedule 1 for a new loan; or

   (b) a Schedule 2 (available from your educational institution or lender) if you have applied for a new loan but have not received a Schedule 1; or

   (c) a Schedule 2 (available from your educational institution or lender) if you have not applied for a new loan for your continued studies.

   Within six months of the end of your current period of study or before your subsequent period of study

**NOTE:** Failure to provide the appropriate schedule by the required date will result in the loss of your interest-free status. The lender is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and you pay the lender any interest owing plus additional delinquency charges.

4. You agree that, if you provide a Schedule 2, you will comply with all its conditions.

5. You agree to notify the lender promptly of any change in your name or address.

6. You agree, when there is an outstanding debt, to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your lender within six months of ceasing to be a full-time student.

**NOTE:** You will pay interest on your Canada Student Loan at the rate in effect when you sign the Consolidated Guaranteed Student Loan Agreement. Should you not sign that Agreement, you will be charged interest at the rate in effect on the first day of the seventh month after you ceased to be a full-time student, according to the document that you gave the lender plus additional delinquency charges.

7. You agree, if asked by the lender or by the federal government or its agents, to attend any meeting called to discuss your loan.

8. If you default on this loan, you authorize any educational institution you have attended, or any provincial authority, or any employer, to release to the lender holding your loans, or to the federal government or its agents, whatever information they need to locate you.

9. You authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan, to your lender for credit against your Canada Student Loan debt.

10. You authorize the lender to disclose to and obtain from Consumer Credit Grantors, Credit Bureaus or Credit Reporting Agencies all particulars and information on your loan. Regular Scheduled repayments as well as a default will affect your credit rating.

11. A payment of a claim for loss to the lender by the federal government because of your default on repayment of your Canada Student Loan may result in disqualification from receipt of further assistance.

12. Late or missed payments of your Canada Student Loan will result in additional charges being assessed against you, with higher charges being assessed for longer delays in repayment.

13. You agree to pay to The Receiver General of Canada 3% of the amount of the loan disbursed, as a guarantee fee. Payment is to be given to your lender.

**IMPORTANT TO** ⊗ **- READ OVERLEAF**

Department of the Secretary of State of Canada
Secrétariat d'État du Canada

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY
SCHEDULE I
PLEASE TYPE OR PRINT CLEARLY
STUDENT # 751260700    497/0

| PROVINCIAL USE | | PROVINCE | SOCIAL INSURANCE NO. |
|---|---|---|---|
| EUAK 800932 C2 | 1 1 | ON | |

▶ **LOAN AUTHORIZATION** - TO BE COMPLETED BY APPROPRIATE AUTHORITY    **REASSESSMENT**

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT 672 55567 |
|---|---|
| MULLEY | SUSAN J |

CURRENT ADDRESS
SUSAN    J MULLEY
240 WESTWOOD    APT. 20-C
GUELPH
ON    N1H-7N9    8365596

| DATE OF BIRTH | MALE OR FEMALE | SEX F | MARRIED-M SINGLE-S OTHER-O    O |
|---|---|---|---|

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES    M SENIOR
2 CHERRY BLOSSOM LANE    APT.
VINELAND    ON    L0R-2C0

| RATE CODE | FOS CODE | YR OF STUDY | | AGE OF STUDY | | PERIOD OF STUDY END DATE |
|---|---|---|---|---|---|---|
| EUAK | G2 | 39 4 | | 50 | P 0892 |

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR
GUELPH, ONTARIO    N1G-2W1

NAME OF COURSE

NAME AND ADDRESS OF APPROPRIATE AUTHORITY
Ministry of Colleges & Universities
Student Support Branch
P.O. Box 4500
Thunder Bay, Ontario P7B 6G9

NAME OF OFFICIAL    TELEPHONE NO.
Jan Donio    807- 343- 7260
TITLE
Director of Student Support

| | | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|---|
| FIRST DISBURSEMENT | | | | | |
| NOT BEFORE | | 30 | 04 | 92 | 1785 |
| SECOND DISBURSEMENT | | DAY | MONTH | YEAR | |
| NOT BEFORE | | | | | |
| PREVIOUS AUTHORIZED LOANS | | TOTAL AMOUNT OF LOAN | | | 1785 |
| | | DATE OF ISSUE OF THE CERTIFICATE | 30 | 04 | 92 |

CSE 8100    NOT NEGOTIABLE AFTER THIS DATE

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

SIGNATURE OF APPROPRIATE AUTHORITY OFFICIAL

▶ **CONFIRMATION OF ENROLMENT** - TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AT THE INSTITUTION IN A COURSE OF STUDIES AT A POST SECONDARY SCHOOL LEVEL FOR THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

INSTRUCTIONS, IF ANY, TO LENDER
LOAN NOT TO EXCEED
EIGHTEEN HUNDRED DOLLARS
REMIT $ 666.81 TO INSTITUTION SHOWN

NAME OF AUTHORIZED OFFICER    TELEPHONE NO.
LANDONI, P.V.    824- 4120
TITLE
BURSAR    220592

P.V. Landoni /Amarcon    SIGNATURE OF AUTHORIZED OFFICER

P.V. Landoni /Amarcon    SIGNATURE OF AUTHORIZED OFFICER

B    STUDENT'S SIGNATURE

▶ **LOAN APPLICATION AND AGREEMENT** · FOR A CANADA STUDENT LOAN - TO BE COMPLETED BY LENDER AND STUDENT AFTER READING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTOOD THE TERMS OF YOUR OBLIGATIONS AND LOAN CONDITIONS AND INSTRUCTIONS TO STUDENT OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO THE LENDER TO DISCLOSE TO AND OBTAIN FROM ANY OTHER CONSUMER CREDIT GRANTOR, CREDIT BUREAU OR CREDIT REPORTING AGENCIES ALL PARTICULARS RELATING TO THIS LOAN AUTHORIZATION, APPLICATION AND AGREEMENT OF MY CANADA STUDENT LOAN.

I HAVE ASSESSED THE ABOVE NAMED STUDENT IS ELIGIBLE. ALL PRINCIPAL CANADA STUDENT LOANS ARE NOW SHOWN IN THE PRINCIPAL CARRIED FORWARD FULLY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

| | DAY | MONTH | YEAR |
|---|---|---|---|
| DATE OF THIS TRANSACTION | 27 | 05 | 92 |
| OR AMOUNT OF NEW LOAN | | | |
| ACCRUED INTEREST | 53.55 |
| NEW LOAN AMOUNT | 1285.00 |
| PRINCIPAL CARRIED FORWARD FROM PREVIOUS LOAN | 31,656.29 |
| TOTAL PRINCIPAL CARRIED FORWARD | 32,941.29 |

SIGNATURE OF RESPONSIBLE OFFICER OF THE LENDER

CANADA IMPERIAL BANK OF COMMERCE
23 COLLEGE AVE. W.,
GUELPH, ONTARIO
N1H 6M2

TRANSIT NUMBER 02952-01

STUDENT'S SIGNATURE

INSTRUCTIONS:
COPY 1 - LENDER
COPY 2 - RETAINED BY ISSUING AGENCY AT THE TIME OF ISSUE
COPY 3 - TO BE SENT BY ISSUING AGENCY TO THE STUDENT ASSISTANCE BRANCH
COPY 4 - TO BE GIVEN TO STUDENT BY LENDER
COPY 5 - TO BE SENT BY LENDER TO EDUCATIONAL INSTITUTION
COPY 6 - TO BE SENT BY LENDER TO STUDENT ASSISTANCE BRANCH

CROWN COPYRIGHTS RESERVED

751260700    8011999

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the "Confirmation of Enrolment" section. Then take the four copies to any authorized lender (all Canadian chartered banks, and other designated lenders) for negotiation. If you already have full- or part-time loans, go to the lender branch where they are held.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one lender branch at a time. If you wish to change lenders, you must ask your old lender to transfer your previous full- and part-time loans before this certificate can be negotiated.

3. When you and the lender have completed the "Loan Application and Agreement" section, the lender will make the net disbursement available to you and give you a copy of this form. KEEP THIS COPY SAFE FOR REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your lender at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your lender may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your "Period of Study End Date" shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdrew.

6. If you enrol in a course other than the one listed in your application for this loan, or if you enrol for only part of the period listed in the certificate, you must not negotiate this certificate, but return it to the issuing authority for reassessment. Consult with your lender or educational institution since a Schedule 2 may be required to maintain your Canada Student Loan in interest free status.

## SUMMARY OF YOUR OBLIGATIONS AND LOAN CONDITIONS

1. The Canada Student Loans Act and Regulations, which set forth the definitive legal rights and obligations of a student, should be referred to in case of uncertainty or dispute.

2. You agree to ensure that all your Canada Student Loans are maintained at one lender branch, and to arrange any necessary transfers before negotiating this certificate. If you fail to disclose your total indebtedness under the Canada Student Loan Act, including any loans on which you defaulted, legal proceedings may be started against you.

3. If you continue your studies, within six months of the "Period of Study End Date" indicated on the face of this document, you will give your lender:

   (a) a Schedule 1 for a new loan; or

   (b) a Schedule 2 (available from your educational institution or lender) if you have applied for a new loan but have not received a Schedule 1; or

   (c) a Schedule 2 (available from your educational institution or lender) if you have not applied for a new loan for your continued studies.

   Within six months of the end of your current period of study or before the end of your subsequent period of study.

**NOTE:** Failure to provide the appropriate schedule by the required date will result in the loss of your interest-free status. The lender is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and you pay the lender any interest owing plus additional delinquency charges.

4. You agree that, if you provide a Schedule 2, you will comply with all its conditions.

5. You agree to notify the lender promptly of any change in your name or address.

6. You agree, when there is an outstanding debt, to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your lender within six months of ceasing to be a full-time student.

**NOTE:** You will pay interest on your Canada Student Loan at the rate in effect when you sign the Consolidated Guaranteed Student Loan Agreement. Should you not sign that Agreement, you will be charged interest at the rate in effect on the first day of the seventh month after you ceased to be a full-time student, according to the document that you gave the lender plus additional delinquency charges.

7. You agree, if asked by the lender or by the federal government or its agents, to attend any meeting called to discuss your loan.

8. If you default on this loan, you authorize any educational institution you have attended, or any provincial authority, or any employer, to release to the lender holding your loans, or to the federal government or its agents, whatever information they need to locate you.

9. You authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan, to your lender for credit against your Canada Student Loan debt.

10. You authorize the lender to disclose to and obtain from Consumer Credit Grantors, Credit Bureaus or Credit Reporting Agencies all particulars and information on your loan. Regular Scheduled repayments as well as a default will affect your credit rating.

11. A payment of a claim for loss to the lender by the federal government because of your default on repayment of your Canada Student Loan may result in disqualification from receipt of further assistance.

12. Late or missed payments of your Canada Student Loan will result in additional charges being assessed against you, with higher charges being assessed for longer delays in repayment.

13. You agree to pay to The Receiver General of Canada 3% of the amount of the loan disbursed, as a guarantee fee. Payment is to be given to your lender.

**IMPORTANT — READ OVERLEAF**

Department of the Secretary of State of Canada

Secrétariat d'État du Canada

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY

SCHEDULE 1

STUDENT # 751366800

EUAK 302878 B1

PLEASE TYPE OR PRINT CLEARLY

SOCIAL INSURANCE NO.

ON

67-25562

▶ **LOAN AUTHORIZATION** — TO BE COMPLETED BY APPROPRIATE AUTHORITY

SURNAME OF STUDENT

M U L L E Y

GIVEN NAMES OF STUDENT

S U S A N          J

CURRENT ADDRESS

SUSAN    J MULLEY
240 WESTWOOD UNIT 20-C
GUELPH
ON    N1H-7V9

836-5596

| DATE OF BIRTH | DAY | MONTH | YEAR | MALE OR FEMALE | SEX | MARRIED-S SINGLE-S OTHER-O | MARITAL STATUS |
|---|---|---|---|---|---|---|---|
| | | | | F | | | O |

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)

FRANCES    H    SENIOR
2 CHERRY BLOSSOM LANE
VINELAND    ON    L0R-2C0

| INST. CODE | P.O.S. CODE | PR. OF STUDY | YR OF STUDY | | PERIOD OF STUDY BEG AND END |
|---|---|---|---|---|---|
| E U A K | 67 | 4 | 34 | P 04 93 |

CSE 1100

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION

UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
OFFICE OF THE REGISTRAR

GUELPH  ONTARIO    N1G-2W1

NOT NEGOTIABLE AFTER THIS DATE

| FIRST DISBURSEMENT | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| NOT BEFORE | 14 | 10 | 92 | 3570 |
| SECOND DISBURSEMENT | DAY | MONTH | YEAR | |

NAME AND ADDRESS OF APPROPRIATE AUTHORITY

Ministry of Colleges & Universities
Student Support Branch
P.O. Box 4500
Thunder Bay, Ontario  P7B 6G9

TOTAL AMOUNT OF LOAN    3570

| | DAY | MONTH | YEAR |
|---|---|---|---|
| DATE OF ISSUE OF THIS CERTIFICATE | 14 | 10 | 92 |

NAME OF OFFICIAL

Marilyn Feirak

TELEPHONE NO.

807-343-7260

TITLE

Director of Student Support

SIGNATURE OF APPROPRIATE AUTHORITY OFFICIAL

Marilyn Feirak

▶ **CONFIRMATION OF ENROLMENT** — TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AT THIS INSTITUTION IN A COURSE OF STUDIES AT THE POST SECONDARY SCHOOL LEVEL FOR THE PERIOD OF STUDY SHOWN ON THE LOWER INDICATED ABOVE

INSTRUCTIONS, IF ANY, TO LENDER

LOAN NOT TO EXCEED
THIRTY-SIX HUNDRED DOLLARS
REMIT $686 TO INSTITUTION SHOWN

NAME OF AUTHORIZED OFFICER

LAMONT, P.V.

TELEPHONE NO.

TITLE

BURSAR

SIGNATURE OF AUTHORIZED OFFICER

▶ **LOAN APPLICATION AND AGREEMENT** — FOR A CANADA STUDENT LOAN

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION.

TO BE COMPLETED BY LENDER AND STUDENT AFTER REVIEWING OVERLEAF

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 13 | 11 | 92 |

STUDENT SIGNATURE

NEW LOAN AMOUNT    3570

TOTAL PRINCIPAL    136511.29

COPY 1 - LENDER

751366800

9434521

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the "Confirmation of Enrolment" section. Then take the four copies to any authorized lender (all Canadian chartered banks, and other designated lenders) for negotiation. If you already have full- or part-time loans, go to the lender branch where they are held.

**NOTE:** This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

2. You can deal with only one lender branch at a time. If you wish to change lenders, you must ask your old lender to transfer your previous full- and part-time loans before this certificate can be negotiated.

3. When you and the lender have completed the "Loan Application and Agreement" section, the lender will make the net disbursement available to you and give you a copy of this form. KEEP THIS COPY SAFE FOR REFERENCE.

4. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your lender at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your lender may issue funds up to the amount authorized for the second disbursement.

5. If you withdraw early your "Period of Study End Date" shown overleaf will be adjusted to the date of withdrawal and your interest-free period will end six months after the date on which you withdrew.

6. If you enrol in a course other than the one listed in your application for this loan, or if you enrol for only part of the period listed in the certificate, you must not negotiate this certificate, but return it to the appropriate authority for reassessment. Consult with your lender or educational institution since a Schedule 2 may be required to maintain your Canada Student Loan in interest free status.

### SUMMARY OF YOUR OBLIGATIONS AND LOAN CONDITIONS

1. The Canada Student Loans Act and Regulations, which set forth the definitive legal rights and obligations of a student, should be referred to in case of uncertainty or dispute.

2. You agree to ensure that all your Canada Student Loans are maintained at one lender branch, and to arrange any necessary transfers before negotiating this certificate. If you fail to disclose your total indebtedness under the Canada Student Loans Act, including any loans on which you defaulted, legal proceedings may be started against you.

3. If you continue your studies, within six months of the "Period of Study End Date" indicated on the face of this document, you will give your lender:

   (a)  a Schedule 1 for a new loan; or

   (b)  a Schedule 2 (available from your educational institution or lender) if you have applied for a new loan but have not received a Schedule 1; or

   (c)  a Schedule 2 (available from your educational institution or lender) if you have not applied for a new loan for your continued studies.

   Within six months of the end of your current period of study or before the end of your subsequent period of study

**NOTE:** Failure to provide the appropriate schedule by the required date will result in the loss of your interest-free status. The lender is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and you pay the lender any interest owing plus additional delinquency charges.

4. You agree that, if you provide a Schedule 2, you will comply with all its conditions.

5. You agree to notify the lender promptly of any change in your name or address.

6. You agree, when there is an outstanding debt, to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your lender within six months of ceasing to be a full-time student.

**NOTE:** You will pay interest on your Canada Student Loan at the rate in effect when you sign the Consolidated Guaranteed Student Loan Agreement. Should you not sign that Agreement, you will be charged interest at the rate in effect on the first day of the seventh month after you ceased to be a full-time student, according to the document that you gave the lender plus additional delinquency charges.

7. You agree, if asked by the lender or by the federal government or its agents, to attend any meeting called to discuss your loan.

8. If you default on this loan, you authorize any educational institution you have attended, or any provincial authority, or any employer, to release to the lender holding your loans, or to the federal government or its agents, whatever information they need to locate you.

9. You authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan, to your lender for credit against your Canada Student Loan debt.

10. You authorize the lender to disclose to and obtain from Consumer Credit Grantors, Credit Bureaus or Credit Reporting Agencies all particulars and information on your loan. Regular scheduled repayments will begin six months after you cease to be a full-time student.

11. A payment of a claim for loss to the lender by the federal government because of your default on repayment of your Canada Student Loan may result in disqualification from receipt of further assistance.

12. Late or missed payments of your Canada Student Loan will result in additional charges being assessed against you, with higher charges being assessed for longer delays in repayment.

13. You agree to pay to The Receiver General of Canada 3% of the amount of the loan disbursed, as a guarantee fee. Payment is to be given to your lender.

**IMPORTANT ! ! YOU · READ OVERLEAF**

Department of the Secretary
of State of Canada

Secrétariat
du Canada

**CANADA STUDENT LOANS ACT**
CERTIFICATE OF ELIGIBILITY
SCHEDULE 1 *(Version française disponible sur demande)*
PLEASE TYPE OR PRINT CLEARLY

STUDENT # 751368303

| PROVINCIAL USE | | PROVINCE | SOCIAL INSURANCE NO. |
|---|---|---|---|
| GUAK 11 | 1 1 | ON | |

▶ **LOAN AUTHORIZATION - TO BE COMPLETED BY APPROPRIATE AUTHORITY**

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT |
|---|---|
| MULLEY | SUSAN   J |

CURRENT ADDRESS:
SUSAN     MULLEY
230 WESTWOOD UNIT 2C-C
GUELPH
ON     N1H7J6

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES     SENIOR
6 CHERRY BLOSSOM LANE   APT. BX175
VINELAND     ON   L0R2C0

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
STUDENT FINANCIAL AWARDS
GUELPH, ONTARIO     N1G2W1

NAME AND ADDRESS OF APPROPRIATE AUTHORITY
Ministry of Education and Training
Student Support Branch
P.O. Box 4500
Thunder Bay, Ontario  P7B 6G9

NAME OF OFFICIAL
B. James MacKay

TITLE
Director of Student Support

TELEPHONE NO.
807-343-7260

| DATE OF BIRTH | DAY | MONTH | YEAR | MALE OR FEMALE | SEX | MARRIED - M SINGLE - S OTHER - O | MARITAL STATUS |
|---|---|---|---|---|---|---|---|
| | | | | F | | | O |

| INST. CODE | F.A.S. | Y'R OF STUDY PR. FR. | HOURS OF STUDY WK | |
|---|---|---|---|---|
| GUAK | 52 | 2   2 | 33 | P  0  9  4 |
| CSE 4 | 100 | | | |

SIGNATURE OF APPROPRIATE AUTHORITY OFFICIAL
B J MacKay

▶ **CONFIRMATION OF ENROLMENT - TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION**

NAME OF AUTHORIZED OFFICER
LAROUR, P.J.

TITLE
BURSAR

SIGNATURE OF AUTHORIZED OFFICER

LOAN NOT TO EXCEED
THIRTY-FIVE HUNDRED DOLLARS
REMIT $ ø  TO INSTITUTION $XXXX

SIGNATURE OF AUTHORIZED OFFICER

STUDENT'S SIGNATURE

▶ **LOAN APPLICATION AND AGREEMENT - FOR A CANADA STUDENT LOAN - TO BE COMPLETED BY LENDER AND STUDENT AFTER READING OVERLEAF**

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 26 | 10 | 93 |

NEW LOAN(S) DISBURSED $3466.XX

AMOUNT OF LOAN FROM PREVIOUS LENDER $36,974.29

TOTAL PRINCIPAL CARRIED FORWARD $39,976.29

SIGNATURE OF RESPONSIBLE OFFICER OF THE LENDER

FULL NAME, ADDRESS AND TELEPHONE NUMBER OF LENDER
CANADIAN IMPERIAL BANK OF COMMERCE
23 COLLEGE AVE. W.
GUELPH , ON
N1G 4S7

TRANSIT NUMBER
01952-010

STUDENT'S SIGNATURE

COPY 1     LENDER

CROWN COPYRIGHTS RESERVED

FED138407

9863699

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the "Confirmation of Enrolment" section. Then take the four copies to any authorized lender (all Canadian chartered banks, and other designated lenders) for negotiation. If you already have full or part-time loans, go to the lender branch where they are held.

2. This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

3. You can deal with only one lender branch at a time. If you wish to change lenders, before this certificate can be negotiated, the branch of the lender holding your previous full and part-time loans must, at your request, transfer those loans to the branch of the lender with which you wish to negotiate this certificate.

4. When you and the lender have completed the "Loan Application and Agreement" section, the lender will make the disbursement available to you and give you a copy of this form. KEEP THIS COPY SAFE FOR REFERENCE.

5. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your lender at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your lender may issue funds up to the amount authorized for the second disbursement.

6. If you withdraw early your "Period of Study End Date" shown overleaf will be adjusted to the month of withdrawal and your interest-free status will end on the last day of the month in which you withdrew.

7. If you enrol in a course other than the one listed in your application for this loan, or if you enrol for only part of the period listed in the certificate, you must not negotiate this certificate, but return it to the appropriate authority for reassessment. Consult with your lender or educational institution since a Schedule 2 may be required to maintain your Canada Student Loan in interest-free status.

## SUMMARY OF YOUR OBLIGATIONS AND LOAN CONDITIONS

1. The Canada Student Loans Act and Regulations, which set forth the definitive legal rights and obligations of a student, should be referred to in case of uncertainty or dispute.

2. You agree to ensure that all your Canada Student Loans are maintained at one lender branch, and to arrange any necessary transfers before negotiating this certificate. If you fail to disclose your total indebtedness under the Canada Student Loans Act, including any loans on which you defaulted, legal proceedings may be started against you.

3. If you continue your studies and enrol in a subsequent period of study within six months of the "Period of Study End Date" indicated on the face of this document, you will give your lender:

   (a) a Schedule 1 for a new loan; or
   (b) a Schedule 2 (available from your educational institution or lender) if you have applied for a new loan but have not received a Schedule 1; or
   (c) a Schedule 2 (available from your educational institution or lender) if you have not applied for a new loan for your continued studies,

   within that same period or before the end of your subsequent period of study.

4. Failure to provide the appropriate schedule by the required date will result in the loss of your interest-free status. The lender is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and you pay to the lender, at its request, any interest owing according to the Regulations.

5. You agree that, if you provide a Schedule 2, you will comply with all its conditions.

6. You agree to notify the lender promptly of any change in your name or address.

7. You agree, when there is an outstanding debt, to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your lender within six months of ceasing to be a full-time student.

8. You will be responsible for the interest on your loan from the first day of the month after the month in which you cease to be a full-time student at the maximum rate(s) of interest set out in, and in the manner provided by, the Regulations unless agreed to otherwise. Should you not sign a Schedule 3, you will be charged interest at the rate(s) prescribed in, and in the manner provided by, the Regulations.

9. You agree, if asked by the lender or by the federal government or its agents, to attend any meeting called to discuss your loan.

10. If you default on this loan, you authorize any educational institution you have attended, any provincial authority, or any employer, to release to the lender holding your loans, or to the federal government or its agents, whatever information they need to locate you.

11. You authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan, to your lender for credit against your Canada Student Loan debt.

12. A payment of a claim for loss to the lender by the federal government in respect of your Canada Student Loan may result in disqualification from receipt of further assistance.

13. You authorize the lender to disclose to and obtain from Consumer Credit Grantors, Credit Bureaus or Credit Reporting Agencies all particulars and information on your loan.

14. You agree that, if you make any payment toward the principal amount of any full-time student loan while you are a full-time student, as defined in the Regulations, the lender shall apply each payment first toward any loans entered into or consolidated before August 1, 1993 and which have not been consolidated after that date, and then to any remaining loans.

**IMPORTANT YOU - READ OVERLEAF**

Department of the Secretary of State of Canada
Secrétariat d'État du Canada

**CANADA STUDENT LOANS ACT**
CERTIFICATE OF ELIGIBILITY
**SCHEDULE 1** (Version française disponible sur demande)
PLEASE TYPE OR PRINT CLEARLY

STUDENT # 751358800

| PROVINCIAL USE | PROVINCE | SOCIAL INSURANCE NO. |
|---|---|---|
| EUAK C1 | 1 | ON | |

▶ **LOAN AUTHORIZATION** - TO BE COMPLETED BY APPROPRIATE AUTHORITY

67-25562

SURNAME OF STUDENT
M U L L E Y |

GIVEN NAMES OF STUDENT
S U S A N | | | J |

CURRENT ADDRESS

SUSAN        MULLEY
240 WESTWOOD UNIT 20-C
GUELPH
ON      N1H7N9

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)

FRANCES       SENIOR
2 CHERRY BLOSSOM LANE    APT. BX175
VINELAND         ON    L0R2C0

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION

UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
NATIONAL FINANCE & AWARDS
GUELPH, ONTARIO        N1G2W1

NAME AND ADDRESS OF APPROPRIATE AUTHORITY

Ministry of Education and Training
Student Support Branch
P.O. Box 4500
Thunder Bay, Ontario  P7B 6G9

NAME OF OFFICIAL
B. James MacKay

TELEPHONE NO.
807-343-7260

TITLE
Director of Student Support

| DATE OF BIRTH | DAY | MONTH | YEAR | MALE OR FEMALE | SEX | MARRIED - M SINGLE - S OTHER - O | MARITAL STATUS |
|---|---|---|---|---|---|---|---|
| | | | | | F | | O |

| INST. CODE | F.O.S. CODE | YR OF STUDY | | NO. OF WKS OF STUDY | | PERIOD OF STUDY END DATE | |
| | | PR. | PRS. | | | MONTH | YEAR |
| EUAK | 612 | 2 | 2 | 48 | P | 08 | 94 |
| CSE 3 | 100 | | | | | | |

NOT NEGOTIABLE AFTER THIS DATE

| | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| FIRST DISBURSEMENT | | | | |
| NOT BEFORE | 11 | 04 | 94 | $1575.XX |
| SECOND DISBURSEMENT | DAY | MONTH | YEAR | $ |
| NOT BEFORE | | | | $  .XX |

PREVIOUS AUTHORIZED LOANS
☐ YES   ☐ NO

TOTAL AMOUNT OF LOAN        $1575.XX

DATE OF ISSUE OF THIS CERTIFICATE

| DAY | MONTH | YEAR |
|---|---|---|
| 11 | 04 | 94 |

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

B J MacKay
SIGNATURE OF APPROPRIATE AUTHORITY OFFICIAL

▶ **CONFIRMATION OF ENROLMENT** - TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLED AS A FULL-TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS AND REGULATIONS AT THIS INSTITUTION IN A PROGRAM OF STUDIES AT A POST SECONDARY SCHOOL LEVEL, FOR THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

NAME OF AUTHORIZED OFFICER
LANDONI, P.V.

TELEPHONE NO.
5198244120

TITLE
BURSAR

DATE SIGNED
10 05 94
VALID ONLY FOR 30 DAYS FROM THIS DATE BUT NOT BEYOND PERIOD OF STUDY END DATE

PV Landoni
SIGNATURE OF AUTHORIZED OFFICER

INSTRUCTIONS, IF ANY, TO LENDER

LOAN NOT TO EXCEED
SIXTEEN HUNDRED DOLLARS
REMIT $773.90 TO INSTITUTION SHOWN

PV Landoni
SIGNATURE OF AUTHORIZED OFFICER

SJ Mulley
STUDENT'S SIGNATURE

▶ **LOAN APPLICATION AND AGREEMENT** - FOR A CANADA STUDENT LOAN - TO BE COMPLETED BY LENDER AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE "SUMMARY OF YOUR OBLIGATIONS AND LOAN CONDITIONS" AND "INSTRUCTIONS TO STUDENTS" OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT AND REGULATIONS. I AUTHORIZE THE LENDER TO DISCLOSE TO AND OBTAIN FROM ANY OTHER CONSUMER CREDIT GRANTORS, CREDIT BUREAUS OR CREDIT REPORTING AGENCIES ALL PARTICULARS AND INFORMATION RELATING TO THE LOAN AUTHORIZATION, APPLICATION AND AGREEMENT OF MY CANADA STUDENT LOAN. IN THE EVENT THAT I DEFAULT ON THE LOAN, I AUTHORIZE ANY EDUCATIONAL INSTITUTION I HAVE ATTENDED, ANY PROVINCIAL AUTHORITY, OR ANY EMPLOYER, TO RELEASE TO THE LENDER HOLDING MY LOAN, OR TO THE FEDERAL GOVERNMENT OR ITS AGENTS, WHATEVER INFORMATION THEY NEED TO LOCATE ME.

SJ Mulley
STUDENT'S SIGNATURE

I HAVE ASSESS THAT THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS "TOTAL PRINCIPAL CARRIED FORWARD" TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

Gaines
SIGNATURE OF RESPONSIBLE OFFICER OF THE LENDER

FULL NAME, ADDRESS AND TELEPHONE NUMBER OF LENDER
**CANADIAN IMPERIAL BANK OF COMMERCE**
23 COLLEGE AVE. W.
GUELPH, ON   N1G 1A7

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 27 | 05 | 94 |

NEW LOAN AMOUNT DISBURSED        $1575.XX

AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS        $39,976.00

TOTAL PRINCIPAL CARRIED FORWARD        $41,551.70

TRANSIT NUMBER        09952-010

CROWN COPYRIGHTS RESERVED

9846789

COPY 5 - RETAINED BY APPROPRIATE AUTHORITY AT TIME OF ISSUE
COPY 4 - TO BE SENT BY APPROPRIATE AUTHORITY TO THE STUDENT ASSISTANCE BRANCH
COPY 4 - TO BE GIVEN TO STUDENT BY LENDER
COPY 3 - TO BE SENT BY LENDER TO EDUCATIONAL INSTITUTION
COPY 2 - TO BE SENT BY LENDER TO STUDENT ASSISTANCE BRANCH
COPY 1 - TO BE RETAINED BY LENDER

COPY 1 - LENDER

SEC 4-60 (REV 90/06)

FED207812

## INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your educational institution for completion of the "Confirmation of Enrolment" section. Then take the four copies to any authorized lender (all Canadian chartered banks, and other designated lenders) for negotiation. If you already have full or part-time loans, go to the lender branch where they are held.

2. This certificate must be negotiated within thirty days of having been signed by the educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

3. You can deal with only one lender branch at a time. If you wish to change lenders, before this certificate can be negotiated, the branch of the lender holding your previous full and part-time loans must, at your request, transfer those loans to the branch of the lender with which you wish to negotiate this certificate.

4. When you and the lender have completed the "Loan Application and Agreement" section, the lender will make the disbursement available to you and give you a copy of this form. KEEP THIS COPY SAFE FOR REFERENCE.

5. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your educational institution or your lender at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your lender may issue funds up to the amount authorized for the second disbursement.

6. If you withdraw early your "Period of Study End Date" shown overleaf will be adjusted to the month of withdrawal and your interest-free status will end on the last day of the month in which you withdrew.

7. If you enrol in a course other than the one listed in your application for this loan, or if you enrol for only part of the period listed in the certificate, you must not negotiate this certificate, but return it to the appropriate authority for reassessment. Consult with your lender or educational institution since a Schedule 2 may be required to maintain your Canada Student Loan in interest-free status.

## SUMMARY OF YOUR OBLIGATIONS AND LOAN CONDITIONS

1. The Canada Student Loans Act, and Regulations, which set forth the definitive legal rights and obligations of a student, should be referred to in case of uncertainty or dispute.

2. You agree to ensure that all your Canada Student Loans are maintained at one lender branch, and to arrange any necessary transfers before negotiating this certificate. If you fail to disclose your total indebtedness under the Canada Student Loans Act, including any loans on which you defaulted, legal proceedings may be started against you.

3. If you continue your studies and enrol in a subsequent period of study within six months of the "Period of Study End Date" indicated on the face of this document, you will give your lender:

(a) a Schedule 1 for a new loan; or
(b) a Schedule 2 (available from your educational institution or lender) if you have applied for a new loan but have not received a Schedule 1; or
(c) a Schedule 2 (available from your educational institution or lender) if you have not applied for a new loan for your continued studies,

within that same period or before the end of your subsequent period of study.

4. Failure to provide the appropriate schedule by the required date will result in the loss of your interest-free status. The lender is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and you pay to the lender, at its request, any interest owing according to the Regulations.

5. You agree that, if you provide a Schedule 2, you will comply with all its conditions.

6. You agree to notify the lender promptly of any change in your name or address.

7. You agree, when there is an outstanding debt, to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your lender within six months of ceasing to be a full-time student.

8. You will be responsible for the interest on your loan from the first day of the month after the month in which you cease to be a full-time student at the maximum rate(s) of interest set out in, and in the manner provided by, the Regulations unless agreed to otherwise. Should you not sign a Schedule 3, you will be charged interest at the rate(s) prescribed in, and in the manner provided by, the Regulations.

9. You agree, if asked by the lender or by the federal government or its agents, to attend any meeting called to discuss your loan.

10. If you default on this loan, you authorize any educational institution you have attended, any provincial authority, or any employer, to release to the lender holding your loans, or to the federal government or its agents, whatever information they need to locate you.

11. You authorize the educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan, to your lender for credit against your Canada Student Loan debt.

12. A payment of a claim for loss to the lender by the federal government in respect of your Canada Student Loan may result in disqualification from receipt of further assistance.

13. You authorize the lender to disclose to and obtain from Consumer Credit Grantors, Credit Bureaus or Credit Reporting Agencies all particulars and information on your loan.

14. You agree that, if you make any payment toward the principal amount of any full-time student loan while you are a full-time student, as defined in the Regulations, the lender shall apply each payment first toward any loans entered into or consolidated before August 1, 1993 and which have not been consolidated after that date, and then to any remaining loans.

**IMPORTANT TO YOU - READ OVERLEAF**

Government
of Canada    Gouvernement
du Canada

CANADA STUDENT LOANS ACT
CERTIFICATE OF ELIGIBILITY    STUDENT # 751368800
SCHEDULE 1 *(Version française disponible sur demande)*
PLEASE TYPE OR PRINT CLEARLY

| PROVINCIAL USE | PROVINCE | SOCIAL INSURANCE NO. |
|---|---|---|
| EUAK E1 | 1  ON | |

▶ LOAN AUTHORIZATION - TO BE COMPLETED BY APPROPRIATE AUTHORITY

09952·010    GR: 25562

SURNAME OF STUDENT    GIVEN NAMES OF STUDENT

MULLEY    SUSAN

CURRENT ADDRESS

SUSAN    MULLEY
240 HESTWOOD RD    APT. UN 20C
GUELPH
ON    N1H7W9

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)

FRANCES    SENIOR
2 CHERRY BLOSSOM L
VINELAND    ON    L0R2C0

| DATE OF BIRTH | | MALE OR FEMALE  SEX F | MARRIED - M SINGLE - S OTHER - O   MARITAL STATUS O |
|---|---|---|---|

| INST. CODE | P.O.S. CODE | PR. OF STUDY PR. | PRS. | NO. OF STUDY | SP | PERIOD OF STUDY END MONTH YEAR |
|---|---|---|---|---|---|---|
| E U A K | 6 2 | 2 | 2 | 33 | P | 0 4 9 5 |

CSE % 100

NOT NEGOTIABLE AFTER THIS DATE

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION

UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
FINANCE & AWARDS
GUELPH, ONTARIO    N1G2W1

NAME AND ADDRESS OF APPROPRIATE AUTHORITY

Ministry of Education and Training
Student Support Branch
P.O. Box 4500
Thunder Bay, Ontario  P7B 6G9

| | DAY | MONTH | YEAR | AMOUNT |
|---|---|---|---|---|
| FIRST DISBURSEMENT | | | | |
| NOT BEFORE | 0 3 | 0 9 | 9 4 | $ 5445 .xx |
| SECOND DISBURSEMENT | | | | |
| NOT BEFORE | | | | $ .xx |
| PREVIOUS AUTHORIZED LOANS | | | | |
| ☐ YES  ☐ NO | TOTAL AMOUNT OF LOAN | | | $ 5445 .xx |

| DATE OF ISSUE OF THIS CERTIFICATE | DAY | MONTH | YEAR |
|---|---|---|---|
| | 2 5 | 0 7 | 9 4 |

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

NAME OF OFFICIAL
B. James MacKay

TELEPHONE NO.
807-343-7260

TITLE
Director of Student Support

B.J. Mackay
SIGNATURE OF APPROPRIATE AUTHORITY OFFICIAL

▶ CONFIRMATION OF ENROLMENT - TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLED AS A FULL-TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AND REGULATIONS AT THE INSTITUTION IN A PROGRAM OF STUDIES AT A POST SECONDARY SCHOOL LEVEL FOR THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

INSTRUCTIONS, IF ANY, TO LENDER

LOAN NOT TO EXCEED
FIFTY-FIVE HUNDRED DOLLARS
REMIT $ 921.20 TO INSTITUTION SHOWN

NAME OF AUTHORIZED OFFICER
LANDONI, P.V.

TELEPHONE NO.
5198244120

TITLE
BURSAR

| DATE SIGNED | DAY | MONTH | YEAR |
|---|---|---|---|
| | 1 7 | 09 | 09 |

VALID ONLY FOR 30 DAYS FROM THIS DATE BUT NOT BEYOND PERIOD OF STUDY END DATE

SIGNATURE OF AUTHORIZED OFFICER    SIGNATURE OF AUTHORIZED OFFICER    STUDENT'S SIGNATURE

▶ LOAN APPLICATION AND AGREEMENT - FOR A CANADA STUDENT LOAN - TO BE COMPLETED BY LENDER AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED AND I CERTIFY THAT ALL INFORMATION ON THE CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I CERTIFY THAT I HAVE READ AND UNDERSTAND THE "SUMMARY OF YOUR OBLIGATIONS AND LOAN CONDITIONS" AND INSTRUCTIONS TO STUDENTS OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED BY THE ACT AND REGULATIONS. I AUTHORIZE THE LENDER TO DISCLOSE TO AND OBTAIN FROM ANY OTHER CONSUMER CREDIT GRANTORS, CREDIT BUREAUS OR OTHER REPORTING AGENCIES ALL PARTICULARS AND INFORMATION RELATING TO THE LOAN AUTHORIZATION, APPLICATION AND AGREEMENT OF MY CANADA STUDENT LOAN, IN THE EVENT THAT I DEFAULT ON THE LOAN, I AUTHORIZE ANY EDUCATIONAL INSTITUTION I HAVE ATTENDED, ANY PROVINCIAL AUTHORITY, OR ANY EMPLOYER TO RELEASE TO THE LENDER HOLDING MY LOAN, OR TO THE FEDERAL GOVERNMENT OR ITS AGENTS, WHATEVER INFORMATION THEY NEED TO LOCATE ME.

I HAVE ASKED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS TOTAL PRINCIPAL CARRIED FORWARD TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS UNDER THE CANADA STUDENT LOANS ACT ON THE EFFECTIVE DATE SHOWN.

| EFFECTIVE DATE OF THIS TRANSACTION | DAY | MONTH | YEAR |
|---|---|---|---|
| | 08 | 09 | 9 4 |

| NEW LOAN AMOUNT DISBURSED | $ 5445 .xx |
|---|---|
| AMOUNT, IF ANY, BROUGHT FORWARD FROM PREVIOUS LOANS | $ 41,551 29 |
| TOTAL PRINCIPAL CARRIED FORWARD | $ 46,996 29 |

SIGNATURE OF RESPONSIBLE OFFICER OF THE LENDER

FULL NAME, ADDRESS AND TELEPHONE NUMBER OF LENDER
CIBC National Student Loan Centre
Centre national de prêts étudiants CIBC
Postal Address  Adresse postale
P. O. Box 5055

TRANSIT NUMBER
0 3 1 1 2 - 0 1 1 0

STUDENT'S SIGNATURE

CROWN COPYRIGHTS RESERVED

COPY 1 - LENDER
COPY 1 - RETAINED BY APPROPRIATE AUTHORITY - SEE PANEL 78 ARA
COPY 5 - TO BE SENT BY APPROPRIATE AUTHORITY TO PROVINCIAL ASSISTANCE BRANCH
COPY 4 - TO BE GIVEN TO STUDENT BY LENDER
COPY 3 - TO BE SENT BY LENDER TO EDUCATIONAL INSTITUTION
COPY 2 - TO BE SENT BY LENDER TO STUDENT ASSISTANCE BRANCH
COPY 1 - TO BE RETAINED BY LENDER

SDE 0001 (05/94) E

Canada

0283999

000284395    FED037199

# INSTRUCTIONS TO STUDENTS

1. Take all four copies of this form to your specified educational institution for completion of the "Confirmation of Enrolment" section. Then take the four copies to any authorized lender (all Canadian chartered banks, and other designated lenders) for negotiation. If you already have full or part-time loans, go to the lender branch where they are held.

2. This certificate must be negotiated within thirty days of having been signed by the specified educational institution and before the end of the month shown as the "Period of Study End Date" on this document.

3. You can deal with only one lender branch at a time. If you wish to change lenders, before this certificate can be negotiated, the branch of the lender holding your previous full and part-time loans must, at your request, transfer those loans to the branch of the lender with which you wish to negotiate this certificate.

4. When you and the lender have completed the "Loan Application and Agreement" section, the lender will make the disbursement available to you and give you a copy of this form. KEEP THIS COPY IN A SAFE PLACE FOR FUTURE REFERENCE.

5. If this certificate authorizes a second disbursement and you wish to negotiate it, you must obtain a Schedule 2 form from your specified educational institution or your lender at the beginning of the period of study for which the second disbursement is authorized and have your enrolment confirmed on the form by your educational institution. On presentation of the completed Schedule 2 form, your lender may issue funds up to the amount authorized for the second disbursement.

6. If you withdraw early your "Period of Study End Date" shown overleaf will be adjusted to the month of withdrawal and your interest-free status will end on the last day of the month in which you withdraw.

7. If you enrol in a course other than the one listed in your application for this loan, or if you enrol for only part of the period listed in the certificate, you must not negotiate this certificate, but return it to the appropriate authority for reassessment. Consult with your lender or specified educational institution since a Schedule 2 may be required to maintain your Canada Student Loan in interest-free status.

# SUMMARY OF YOUR OBLIGATIONS AND LOAN CONDITIONS

1. The Canada Student Loans Act and Regulations, which set forth the definitive legal rights and obligations of a student, should be referred to in case of uncertainty or dispute.

2. You agree to ensure that all your Canada Student Loans are maintained at one lender branch, and to arrange any necessary transfers before negotiating this certificate. If you fail to disclose your total indebtedness under the Canada Student Loans Act, including any loans on which you defaulted, legal proceedings may be started against you.

3. If you continue your studies and enrol in a subsequent period of study within six months of the "Period of Study End Date" indicated on the face of this document, you will give your lender:

   (a) a Schedule 1 for a new loan; or
   (b) a Schedule 2 (available from your specified educational institution or lender) if you have applied for a new loan but have not received a Schedule 1; or
   (c) a Schedule 2 (available from your specified educational institution or lender) if you have not applied for a new loan for your continued studies,

   within that same period or before the end of your subsequent period of study.

4. Failure to provide the appropriate schedule by the required date will result in the loss of your interest-free status. The lender is required to reinstate your loans to interest-free status only if you provide a new valid Schedule 1 or 2 and you pay to the lender, at its request, any interest owing according to the Regulations.

5. You agree that, if you provide a Schedule 2, you will comply with all its conditions.

6. You agree to notify the lender promptly of any change in your name or address.

7. You agree, when there is an outstanding debt, to complete a Consolidated Guaranteed Student Loan Agreement (Schedule 3) with your lender within six months of ceasing to be a full-time student.

8. You will be responsible for the interest on your loan from the first day of the month after the month in which you cease to be a full-time student at the maximum rate(s) of interest set out in, and in the manner provided by, the Regulations unless agreed to otherwise. Should you not sign a Schedule 3, you will be charged interest at the rate(s) prescribed in, and in the manner provided by, the Regulations.

9. You agree, if asked by the lender or by the federal government or its agents, to attend any meeting called to discuss your loan.

10. If you default on this loan, you authorize any specified educational institution you have attended, any provincial authority, or any employer, to release to the lender holding your loans, or to the federal government or its agents, whatever information they need to locate you.

11. You authorize the specified educational institution to forward any refund of fees, which have been paid with the proceeds of a Canada Student Loan, to your lender for credit against your Canada Student Loan.

12. A payment of a claim for loss to the lender by the federal government in respect of your Canada Student Loan may result in disqualification from receipt of further assistance.

13. You authorize the lender to disclose to and obtain from Consumer Credit Grantors, Credit Bureaus or Credit Reporting Agencies all particulars and information on your loan.

14. You agree that, if you make any payment toward the principal amount of any full-time student loan while you are a full-time student, as defined in the Regulations, the lender shall apply each payment first toward any loans entered into or consolidated before August 1, 1993, and which have not been consolidated after that date, and then to any remaining loans.

DOCUMENT UNCLEAR
DOCUMENT NON LISIBLE

IMPORTANT TO . . . READ OVERLEAF

Government  Gouvernement
of Canada

CANADA STUDENT LOAN    STUDENT # 751366R00
CERTIFICATE OF ELIGIBILITY
SCHEDULE I (Year . . .)
PLEASE TYPE OR PRINT

| PROVINCIAL USE | PROVINCE | SOCIAL INSURANCE NO |
|---|---|---|
| EUAK 01 | 1 | ON |

▶ LOAN AUTHORIZATION

| SURNAME OF STUDENT | GIVEN NAMES OF STUDENT |
|---|---|
| MULLEY | SUSAN    J |

CURRENT ADDRESS
SUSAN    MULLEY
240 WESTWOOD RD    APT. UN 20C
GUELPH
ON   N1H7N9

| DATE OF BIRTH | DAY | MONTH | YEAR | MALE OR FEMALE | SEX F | MARITAL STATUS MARRIED-M SINGLE-S OTHER-O    O |

NAME AND ADDRESS OF NEXT OF KIN (OTHER THAN SPOUSE)
FRANCES    SENIOR
2 CHERRY BLOSSOM L
VINELAND    ON   L0R2C0

| INST. CODE | P.O.S. CODE | YR OF STUDY | NO OF YRS OF STUDY | PERIOD OF STUDY |
|---|---|---|---|---|
| EUAK | 62 | 2 | 2 48 | P 0.8 9.5 |
| CSE X 100 | | | | |

NAME AND ADDRESS OF SPECIFIED EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
STUDENT FINANCE & AWARDS
GUELPH, ONTARIO    N1G2W1

NOT NEGOTIABLE AFTER THIS DATE:

| | DAY | MONTH | YEAR | |
|---|---|---|---|---|
| FIRST DISBURSEMENT | | | | |
| NOT BEFORE : | 19 | 04 | 95 | $ 2475 .XX |
| SECOND DISBURSEMENT : | | | | |
| NOT BEFORE : | | | | $ .XX |

NAME AND ADDRESS OF APPROPRIATE AUTHORITY
Ministry of Education and Training
Student Support Branch
P.O. Box 4500
Thunder Bay, Ontario  P7B 6G9

| PREVIOUS AUTHORIZED LOANS | TOTAL AMOUNT OF LOAN | $ 2475 .XX |
|---|---|---|
| ☐ YES ☐ NO | DATE OF ISSUE OF THIS CERTIFICATE | 19 04 95 |

THIS CERTIFIES THAT THE ABOVE NAMED STUDENT QUALIFIES FOR THE ISSUANCE OF THIS CERTIFICATE WITHIN THE MEANING OF THE CANADA STUDENT LOANS ACT.

NAME OF OFFICIAL
B. James MacKay
TELEPHONE NO.
807-343-7260
TITLE
Director of Student Support

SIGNATURE OF APPROPRIATE AUTHORITY/OFFICIAL
B J MacKay

▶ CONFIRMATION OF ENROLMENT - TO BE COMPLETED BY SPECIFIED EDUCATIONAL INSTITUTION

THIS IS TO CONFIRM THAT THE ABOVE NAMED IS ENROLLED AS A FULL-TIME STUDENT AS REQUIRED BY THE CANADA STUDENT LOANS ACT AND REGULATIONS AT THIS INSTITUTION IN A PROGRAM OF STUDIES AT A POST SECONDARY SCHOOL LEVEL FOR THE PERIOD OF STUDY ENDING IN THE MONTH INDICATED ABOVE.

NAME OF AUTHORIZED OFFICER
LANOUNI, P.V.
TELEPHONE NO.
5190244120
TITLE
ASSISTANT REGISTRAR

| DATE SIGNED | DAY | MONTH | YEAR |
|---|---|---|---|
| | 09 | 05 | 95 |

VALID ONLY IF THIS FORM HAS BEEN COMPLETED NOT MORE THAN 30 DAYS BEFORE THE PERIOD OF STUDY END DATE

SIGNATURE OF AUTHORIZED OFFICER

INSTRUCTIONS, IF ANY, TO LENDER
LOAN NOT TO EXCEED
TWENTY-FIVE HUNDRED DOLLARS
REMIT $ 0 TO INSTITUTION SHOWN

SIGNATURE OF AUTHORIZED OFFICER    STUDENT'S SIGNATURE

▶ LOAN APPLICATION AND AGREEMENT - FOR A CANADA STUDENT LOAN - TO BE COMPLETED BY LENDER AND STUDENT AFTER REFERRING OVERLEAF

I HEREBY APPLY FOR A LOAN IN THE AMOUNT INDICATED AND I CERTIFY THAT ALL INFORMATION ON THIS CERTIFICATE OF ELIGIBILITY IS CORRECT AS OF THE EFFECTIVE DATE OF THIS TRANSACTION. I HAVE READ AND UNDERSTAND THE "SUMMARY OF YOUR OBLIGATIONS AND LOAN CONDITIONS" AND INSTRUCTIONS TO STUDENT OVERLEAF AND AGREE TO COMPLY WITH THEM. I AGREE TO REPAY MY INDEBTEDNESS AS REQUIRED IN THE ACT AND REGULATIONS. I AUTHORIZE THE LENDER TO DISCLOSE TO AND OBTAIN FROM ANY OTHER CONSUMER, CREDIT GRANTORS, CREDIT BUREAUS OR CREDIT REPORTING AGENCIES, ALL PARTICULARS AND INFORMATION RELATING TO THE LOAN AUTHORIZATION, APPLICATION AND AGREEMENT OF MY CANADA STUDENT LOAN. IN THE EVENT THAT I DEFAULT ON THIS LOAN, I AUTHORIZE ANY EDUCATIONAL INSTITUTION I HAVE ATTENDED, ANY PROVINCIAL AUTHORITY, OR ANY EMPLOYER, TO RELEASE TO THE LENDER HOLDING MY LOAN, OR TO THE FEDERAL GOVERNMENT OR ITS AGENTS, WHATEVER INFORMATION THEY NEED TO LOCATE ME.

I HAVE AGREED THE ABOVE NAMED STUDENT TO DECLARE ALL PREVIOUS CANADA STUDENT LOANS AND NOW CERTIFY, TO THE BEST OF MY KNOWLEDGE, THE AMOUNT SHOWN AS TOTAL PRINCIPAL CARRIED FORWARD TRULY REPRESENTS THE STUDENT'S TOTAL INDEBTEDNESS IN RESPECT OF CANADA STUDENT LOANS AS OF THE EFFECTIVE DATE SHOWN.

SIGNATURE OF RESPONSIBLE OFFICER OF THE LENDER

| | DAY | MONTH | YEAR |
|---|---|---|---|
| EFFECTIVE DATE OF THIS TRANSACTION | 12 | 05 | 95 |
| NEW LOAN AMOUNT DISBURSED | | $ 2475 | .XX |
| AMOUNT, IF ANY, STUDENT FORWARD FROM PREVIOUS LOANS | | $ 46,996 | .29 |
| TOTAL PRINCIPAL CARRIED FORWARD | | $ 49,471 | .29 |

FULL NAME, ADDRESS AND TELEPHONE NUMBER OF LENDER
CIBC National Student Centre
Centre national CIBC pour étudiants
Postal Address  Adresse postale
Box 5065

TRANSIT NUMBER
03112 010

STUDENT'S SIGNATURE
Susan J Mulley

COPY 1 - LENDER
COPY 1 - TO BE RETAINED BY APPROPRIATE AUTHORITY AT THE TIME OF ISSUE
COPY 1 - TO BE SENT BY APPROPRIATE AUTHORITY TO THE STUDENT WITH SCHEDULE R
COPY 1 - TO BE GIVEN TO STUDENT BY LENDER
COPY 1 - TO BE SENT BY LENDER TO EDUCATIONAL INSTITUTION
COPY 1 - TO BE SENT BY LENDER TO STUDENT ASSISTANCE BRANCH
COPY 1 - TO BE RETAINED BY LENDER

SDE 0001 (05/94) E

CROWN COPYRIGHTS RESERVED

Canada
0250707
000284395    FED251955

IMPORTANT ... OU - READ OVERLEAF

Human Resources
Development Canada

~~DOCUMENT UNCLEAR~~
~~DOCUMENT NON LISIBLE~~

CANADA STUDENT LOANS PROG...
SCHEDULE 1 ... AL USE | 1 | 2 | PROVINCE | SOCIAL INSURANCE NO.
(Version française disponible sur...) | R1 | | ON |
TYPE OR PRINT CLEARLY

► CERTIFICATE OF ELIGIBILITY

SURNAME OF STUDENT: MULLEY

GIVEN NAMES OF STUDENT: SUSAN

**CURRENT ADDRESS**
SUSAN            MULLEY
240 WESTWOOD RD
GUELPH
ON      N1H7W9

| DATE OF BIRTH | DAY | MONTH | YEAR | MALE / FEMALE | SEX F | MARRIED - M SINGLE - S OTHER - O | MARITAL STATUS S |

NAME AND ADDRESS OF ... KIN (OTHER THAN SPOUSE)
FRANCES         SENIOR
2 CHERRY BLOSSOM      APT. BOX175
VINELAND          ON   L0R2C0

| INST CODE | POS CODE | PR. OF STUDIES | SP | PERIOD OF STUDIES FROM DATE |
| EUAK | 47 | 33 | P | 0 4 9 6 |
| CSE | 100 | | | |

NAME AND ADDRESS OF APPROPRIATE EDUCATIONAL INSTITUTION
UNIVERSITY OF GUELPH
STUDENT AWARDS SECTION
ADMINISTRATION FINANCE & AWARDS
GUELPH, ONTARIO      N1G2W1

| FIRST DISBURSEMENT | DAY | MONTH | YEAR | AMOUNT |
| NOT BEFORE | 0 3 | 09 | 95 | $ 445 xx |
| SECOND DISBURSEMENT | DAY | MONTH | YEAR | AMOUNT |
| NOT BEFORE | | | | $ x |

NAME AND ADDRESS OF APPROPRIATE AUTHORITY
Ministry of Education and Training
Student Affairs
P.O. Box 4500
Thunder Bay, ON P7B 6G9

| TOTAL AMOUNT OF LOAN | $ 5445 xx |
| ☐ YES ☐ NO | DATE OF ISSUE OF THIS CERTIFICATE | DAY 2 6 | MONTH 0 7 | YEAR 95 |

NAME OF OFFICER: B. James MacKay
TELEPHONE NO.: 807-343-7260
TITLE: Director, Student Affairs

This certifies that the above named student qualifies for the issuance of this certificate in accordance with the Canada Student Financial Assistance Act & Regulations.

SIGNATURE OF APPROPRIATE AUTHORITY OFFICIAL

► CONFIRMATION OF ENROLMENT - TO BE COMPLETED BY DESIGNATED EDUCATIONAL INSTITUTION

This is to confirm that the above named is enrolled as a full-time student as required by the CSFAA & CSFAR in respect of CSFALs and CSLA & CSLR in respect of CSLs in the institution shown above in a program of studies ending in the month indicated above.

| PERIOD OF STUDIES | Commencement Date |
| MONTH | YEAR |

NAME OF AUTHORIZED OFFICER: LANDONI, P.V.
TELEPHONE NO.: 5198244120
TITLE: ASSISTANT REGISTRAR

LOAN NOT TO EXCEED
FIFTY-FIVE HUNDRED DOLLARS
REMIT $ ... TO INSTITUTION SHOWN

| | DAY | MONTH | YEAR |
| | 06 09 95 | | |

SIGNATURE OF AUTHORIZED OFFICER

SIGNATURE OF AUTHORIZED OFFICER    STUDENT'S SIGNATURE

► CONSENT AND CERTIFICATION - TO BE COMPLETED BY STUDENT

LENDER'S SUMMARY

| EFFECTIVE DATE OF TRANSACTION | DAY | MONTH | YEAR |
| | 14 09 95 | | |
| NEW LOAN AMOUNT DISBURSED | $ 5445 xx |
| AMOUNT, IF ANY, DEDUCTED FOR INTEREST | $ 49471.29 |
| TOTAL CARRIED... | $ 51916.29 |

Do you wish to apply for a determination as a person with a disability?
☐ YES  ☒ NO

FULL NAME, ADDRESS AND TELEPHONE NUMBER OF LENDER
CIBC NATIONAL STUDENT
2 ROBERT SPECK PARK...
MISSISSAUGA ONT
L4Z 1H8
010 03113

TRANSIT NUMBER: 93113-010

COPY 1 - RETAINED BY APPROPRIATE AUTHORITY AT TIME OF ISSUE
COPY 2 - TO BE SENT BY APPROPRIATE AUTHORITY TO THE EDUCATION SUPPORT/STUDENT ASSISTANCE BRANCH
COPY 3 - TO BE RETAINED BY STUDENT ...
COPY 4 - TO BE SENT BY LENDER TO EDUCATIONAL INSTITUTION
COPY 5 - TO BE SENT BY LENDER TO THE EDUCATION SUPPORT/STUDENT ASSISTANCE BRANCH
COPY 6 - TO BE RETAINED BY LENDER

S04 0081 (06-95) E ON

Canada    1200361

# STUDENT LOAN CONSOLIDATION AGREEMENT
## CANADA STUDENT LOANS PROGRAM

**CIBC**
IC National Student Centre
800-563-2422

Postal Address
P.O. Box 8055
Burlington, ON
L7R 4P3

LN# 1-286735

## CUSTOMER/BORROWER INFORMATION

Mr. Mrs. Ms. Mc.  Legal First Name  Legal Middle Name  Legal Last Name  SIN  Date of Birth

Susan    Mulley    458 749 443    07 08 1957

Present Address (Street number, Street, Lot/Concession)  Apt number  Town/City Province  Postal Code  Home telephone number  Work telephone number

20 C - 240 Westwood Road  Guelph On  N1H 7W9

I, AGREE to pay CIBC the OUTSTANDING LOAN BALANCE (line 4) with interest calculated monthly on the daily balance of my loan. I will pay CIBC interest at a rate equal to:

Floating Rate: The Prime Rate plus 2.5 % per year. (The interest rate as of today's date is disclosed in line 5.) The rate of interest on my loan will change when the Prime Rate changes.

Fixed Rate: ____ % per year (line 5.) This rate is fixed for the entire amortization period of my loan.

| | | |
|---|---|---|
| Principal Balance of all loans granted prior to August 1, 1993 | $ 36511.29 | 1 |
| Principal Balance of all loans granted on/after August 1, 1993 | $ 26490.00 | 2 |
| Interest accrued and unpaid during the 6 month grace period for loans on line 2 | $ 846.44 | 3 |
| Outstanding Loan Balance (lines 1+2+3) | $ 63847.73 | 4 |
| Annual Percentage Rate at time of consolidation | 6.75 % | 5 |
| Amortization Period | 174 months | 6 |
| Amount of each Monthly Payment | $ 576.30 | 7 |
| Date of First Payment | 11-30-04 | 8 |
| Maturity Date at time of consolidation | 4-30-19 | 9 |

I will make monthly payments, beginning on the Date of First Payment (line 8), and continuing on the same day each month until the Maturity Date (line 9), when I will ALSO pay the remaining balance, if any. I certify that I have read and understood the Additional Terms and Conditions on the reverse of this form, which form a part of this Agreement, and I agree to comply with them.

(Quebec only) I declare that I have required that this Agreement be drawn up in the English language. J'ai exigé que le présent contrat soit rédigé en langue anglaise.

DOCUMENT UNCLEAR
DOCUMENT NON LISIBLE

## PRE-AUTHORIZED PAYMENT

I authorize the Canadian Imperial Bank of Commerce to debit (charge) my regular loan payments to my Bank Account as follows:

Name of Financial Institution    Branch Address

Transit number and bank identification

Transit Number    Bank ID    Account number    (Refer to the bottom of your Personal Cheque)

Signature(s) of Account holder(s):    My personal cheque marked VOID as attached.

CIBC may disclose to and obtain from consumer credit grantors, credit bureau or credit reporting agencies all particulars and information relevant to my Student Loans. If I am in default, for the purposes of locating me, CIBC may obtain information from my employer (past or present). CIBC may exchange information obtained from any source with any of the appropriate authority, my educational institution and the federal government, but solely for the purposes of the administration or enforcement of the Old Act and/or the New Act.

Disclosure is made to the borrower by CANADIAN IMPERIAL BANK OF COMMERCE, per CIBC National Student Centre.

Signature of CIBC Representative X

I have received a copy of this statement with all of the applicable blanks filled.

Signed at _____ this _____ day of _____ 199___

Borrower X _____

SEE REVERSE FOR ADDITIONAL TERMS AND CONDITIONS

Prepayment. I may prepay at any time, without ...ations or penalty on any prepayment of outstanding ...

Application Of Payments. CIBC will apply all loan payments first against outstanding interest and against outstanding principal.

Outstanding Loan Balance due. My Outstanding Loan Balance will become due and payable on the earliest of:

    (a)  the day after the date as of which I have failed to pay any regularly scheduled installment for two consecutive months;

    (b)  The Date of Insolvency; and

    (c)  If CIBC has contacted me following my failure to pay an installment, and has confirmed that I have not returned to full time studies, and if I have demonstrably and unequivocally refused to pay my Student Loans, the day after the date of that refusal.

1. Interest Relief. If I am granted a special interest-free period ("Interest relief") under the New Act, the amortization period of my loan is extended by the length of the interest relief period.

5. Return To Full Time Studies. If at any time after the date of this Agreement I again become a full-time student (as defined in the New Act) and advise CIBC in the proper manner, CIBC will suspend my obligation to pay principal and interest as provided under the New Act. (I will sign a promissory note for outstanding interest, if any, up to date of my return to full time studies.)

6. Old Act loans. If my Student Loans include loans made under the Old Act, I irrevocably agree that any payments I make on my Student Loans (including any prepayments) will be applied pro rata between loans made under the New Act and those made under the Old Act.

7. Miscellaneous. (a) I acknowledge that my Student Loans were made for the purpose of providing "necessaries" for my education and maintenance. (b) I acknowledge that I have disclosed to CIBC all the particulars and information relating to my Student Loans. (c) I acknowledge that CIBC's records (and, if I have previously received Student Loans from any other lender, the records of that lender) will be conclusive evidence as to all Student Loan amounts advanced to me. (d) Interest under this Agreement is payable before and after default, acceleration and judgment. (e) I will notify CIBC promptly of any change in my name or address. (f) The Regulations made under the New Act may affect my rights and obligations under this Agreement. Those Regulations may be changed from time to time by the federal government.

8. Pre-Authorized Payment. If the account identified on the front of this form is a joint account which requires more that one signature to authorize withdrawals, I warrant that all account holders have signed on the front of this form.

    If I wish to cancel the Pre-Authorized Payment authorization, I must give CIBC prior written notice. This notice must be mailed to CIBC's National Student Centre, 2 Robert Speck Parkway, Mississauga Ontario  L4Z 1H8 in sufficient time so that it will be received at least 10 days before the next payment date. My loan obligations will not be cancelled or reduced if I revoke this authorization.

    If my account is with a financial institution other than CIBC, that other institution has no duty to determine whether the payments it debits to my account comply with my authorization.

    I will notify CIBC's National Student Centre promptly of change in my account information.

9. Definitions. In this Agreement the following words have the following meanings:

"CIBC" means Canadian Imperial Bank of Commerce.

(a) "Date of Insolvency" means the earliest of the day that:
    (i) I attain the status of a bankrupt, (ii) I file a proposal, or a notice of intention to file a proposal, in bankruptcy, (iii) I file a consumer proposal; and (iv) I file an application for a consolidation order or any other document seeking relief under the applicable provincial law relating to the orderly payment of debts that has not been withdrawn.

(b) "New Act" means the Canada Student Financial Assistance Act, and the Regulations made under that Act, as they are each changed from time to time.

(d) "Old Act" means the Canada Student Loans Act and the Regulations made under that Act, as they are each changed from time to time.

(e) "Outstanding Loan Balance" means the principal amount of my Student Loans outstanding at any time, together with all interest (owing and accrued) on that amount.

(f) "Prime Rate" means the variable reference rate of interest per year declared by CIBC from time to time to be its prime rate for Canadian dollar loans made by CIBC in Canada. (This is the rate that CIBC uses to determine floating rate Canadian dollar demand consumer and commercial loans.)

(g) "Student Loan" means any loan made to me under either or both of the Old Act and the New Act.

C

ONTARIO SUPERIOR COURT OF JUSTICE

BETWEEN:



THE ATTORNEY GENERAL OF CANADA, ON BEHALF
OF HER MAJESTY THE QUEEN IN RIGHT OF CANADA,
AS REPRESENTED BY THE MINISTER OF NATIONAL REVENUE,

Plaintiff,

- and -

SUSAN J. MULLEY aka SUSAN J. LEDINGHAM

Defendant

### JUDGMENT

ON READING THE Statement of Claim in this action and the proof of service of the statement of claim on the defendant filed, and the defendant having been noted in default,

1.     IT IS ORDERED AND ADJUDGED that the defendant, SUSAN J. MULLEY aka SUSAN J. LEDINGHAM, pay to the plaintiff the sum of $62,577.89 and the sum of $ *1,411.00* for the costs of this action as assessed by the court.

This judgment bears interest at the contractual rate of prime plus 2.5% per cent per year from its date.

Date: January 23, 2008

Signed by _____
Local registrar

ENTERED AT GUELPH

in Book No *1*

as Document No *107*

on *January 23/08*

by *TP*

Address of court office:
74 Woolwich Street,
GUELPH, Ontario. N1H 3T9.

ATTORNEY GENERAL OF CANADA

and

MULLEY AKA LEDINGHAM

Court file no. 880/07 SR

SUPERIOR COURT OF JUSTICE
Proceeding commenced at GUELPH

JUDGMENT

Name, address and telephone
number of solicitor or party

**DIANE KENNEDY SQUIRES,**
SMITH VALERIOTE LAW FIRM,] (LS# 28496H)
Barristers and Solicitors.]
100-105 Silvercreek Parkway North,
P.O. Box 1240,
GUELPH, Ontario.
N1H 6N6.
(519) 837-2100
Solicitors for the Plaintiff.

JUD-100

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*:
H. Michael Soroy, Esq. (SBN 153 944)
Colin Northcutt, Esq. (SBN 251 073)
LAW OFFICES OF H. MICHAEL SOROY
11766 Wilshire Boulevard, Suite 460
Los Angeles, California 90025
TELEPHONE NO. (310) 444-7750    FAX NO. *(Optional)* (310) 312-1034
E-MAIL ADDRESS *(Optional)*: office@soroylaw.com
ATTORNEY FOR *(Name)*: Attorney General of Canada

FOR COURT USE ONLY

**ORIGINAL FILED**

SEP  2 2010

LOS ANGELES
SUPERIOR COURT

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS 111 North Hill Street
MAILING ADDRESS 111 North Hill Street
CITY AND ZIP CODE: Los Angeles, California 90012
BRANCH NAME: Central District - Stanley Mosk Courthouse

PLAINTIFF: THE ATTORNEY GENERAL OF CANADA ON BEHALF OF HER
MAJESTY THE QUEEN IN RIGHT OF CANADA
DEFENDANT: SUSAN J. MULLEY, also known as SUSAN J. LEDINGHAM

| JUDGMENT | | |
|---|---|---|
| ____ By Clerk | _X_ By Default | ____ After Court Trial |
| _X_ By Court | ____ On Stipulation | ____ Defendant Did Not Appear at Trial |

CASE NUMBER
BC 432 993

## JUDGMENT

1. **_X_  BY DEFAULT**
   a. Defendant was properly served with a copy of the summons and complaint.
   b. Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.
   c. Defendant's default was entered by the clerk upon plaintiff's application.
   d. ____ **Clerk's Judgment** (Code Civ. Proc., § 585(a)). Defendant was sued only on a contract or judgment of a court of this state for the recovery of money.
   e. _X_ **Court Judgment** (Code Civ. Proc., § 585(b)). The court considered
      (1) ____ plaintiff's testimony and other evidence.
      (2) _X_ plaintiff's written declaration (Code Civ. Proc., § 585(d)).

2. ____ **ON STIPULATION**
   a. Plaintiff and defendant agreed (stipulated) that a judgment be entered in this case. The court approved the stipulated judgment and
   b. ____ the signed written stipulation was filed in the case.
   c. ____ the stipulation was stated in open court    ____ the stipulation was stated on the record.

3. ____ **AFTER COURT TRIAL.** The jury was waived. The court considered the evidence.
   a. The case was tried on *(date and time)*:
      before *(name of judicial officer)*:
   b. Appearances by:
      ____ Plaintiff *(name each)*:                    ____ Plaintiff's attorney *(name each)*:
         (1)                                               (1)
         (2)                                               (2)
      ____ Continued on Attachment 3b.
      ____ Defendant *(name each)*:                    ____ Defendant 's attorney *(name each)*:
         (1)                                               (1)
         (2)                                               (2)
      ____ Continued on Attachment 3b.
   c. ____ Defendant did not appear at trial. Defendant was properly served with notice of trial.
   d. ____ A statement of decision (Code Civ. Proc., § 632) ____ was not   ____ was   requested.

Form Approved for Optional Use
Judicial Council of California
JUD-100 [New January 1, 2002]

**JUDGMENT**

Legal
Solutions
Plus

Code of Civil Procedure, §§ 585, 664.6

PLAINTIFF: THE ATTORNEY GENERAL OF CANADA ON BEHALF OF HER
MAJESTY THE QUEEN IN RIGHT OF CANADA

DEFENDANT: SUSAN J. MULLEY, also known as SUSAN J. LEDINGHAM

CASE NUMBER:
BC 432 993

---

JUDGMENT IS ENTERED AS FOLLOWS BY:    [ X ] THE COURT    [ ___ ] THE CLERK

4. [ ___ ] **Stipulated Judgment.** Judgment is entered according to the stipulation of the parties.

5. **Parties.** Judgment is

a. [ X ] for plaintiff (name each): THE ATTORNEY GENERAL OF
CANADA ON BEHALF OF HER MAJESTY THE QUEEN IN
RIGHT OF CANADA
and against defendant (names):  SUSAN J.
MULLEY, also known as SUSAN J.
LEDINGHAM
[ ___ ] Continued on Attachment 5a.

b. [ ___ ] for defendant (name each):

c. [ ___ ] for cross-complainant (name each):

and against cross-defendant (name each):

[ ___ ] Continued on Attachment 5c.

d. [ ___ ] for cross-defendant (name each):

6. **Amount.**

a. [ X ] Defendant named in item 5a above must
pay plaintiff on the complaint:

| | | | |
|---|---|---|---|
| (1) [ X ] | Damages | $ | 62,233.89 |
| (2) [ X ] | Prejudgment interest at the annual rate of prime +2.5% | $ | 9,051.43 |
| (3) [ ___ ] | Attorney fees | $ | |
| (4) [ X ] | Costs | $ | 544.84 |
| (5) [ ___ ] | Other (specify): | $ | |
| (6) | TOTAL | $ | 71,830.16 |

c. [ ___ ] Cross-defendant named in item 5c above must pay
cross-complainant on the cross-complaint:

| | | | |
|---|---|---|---|
| (1) [ ___ ] | Damages | $ | |
| (2) [ ___ ] | Prejudgment interest at the annual rate of    % | $ | |
| (3) [ ___ ] | Attorney fees | $ | |
| (4) [ ___ ] | Costs | $ | |
| (5) [ ___ ] | Other (specify): | $ | |
| (6) | TOTAL | $ | |

b. [ ___ ] Plaintiff to receive nothing from defendant
named in item 5b.
[ ___ ] Defendant named in item 5b to recover
costs $ _____
[ ___ ] and attorney fees $ _____

d. [ ___ ] Cross-complainant to receive nothing from
cross-defendant named in item 5d.
[ ___ ] Cross-defendant named in item 5d to recover
costs $ _____
[ ___ ] and attorney fees $ _____

7. [ ___ ] Other (specify):

Date: SEP - 2 2010

_____
Hon Fed Recana    JUDICIAL OFFICER

Date: _____

[ ___ ] Clerk, by _____, Deputy

---

**CLERK'S CERTIFICATE** (Optional)

(SEAL)

I certify that this is a true copy of the original judgment on file in the court.

Date: _____

Clerk, by _____, Deputy

JUD-100 [New January 1, 2002]    **JUDGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

11766 Wilshire Blvd. #270
Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (specify): COMPLAINT FOR: NONDISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. 523(a)(8); ADVERSARY PROCEEDING COVER SHEET

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (date) __08/14/2015__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Attorney for Debtor:
David S. Hagen
16830 Ventura Blvd., Suite 500
Encino, CA 91436-1795

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) __08/14/2015__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Robert N. Kwan
255 E. Temple Street, Suite 1682 / Courtroom 1675
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 08/14/2015 | Kristin Ingulsrud | _(signature)_ |
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

## Service List Continued
### In re: Susan J. Mulley

## Served by United States Mail:

**Trustee:**
Brad Krasnoff
1900 Avenue of the Stars Floor 11
Los Angeles, CA 90067

**Creditors:**
American Express
PO Box 3001
16 General Warren Blvd
Malvern, PA 19355

Bancorpsouth
PO Box 3370
Tupelo, MS 38803

Calvary Portfolio Services
Attention: Bankruptcy Department
500 Summit Lake Dr. Suite 400
Valhalla, NY 10595

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130

Sears/Citibank
PO Box 6189
Sioux Falls, SD 57117

Shell Oil / Citibank
Attn: Centralized Bankruptcy
PO Box 20363
Kansas City, MO 64195

Chase BP Prvt Label
PO Box 15298
Wilmington, DE 19850

**Creditors:**
Legal Recovery Law Offices, Inc.
Attn: Andrew P Rundquist
5030 Camino De La Siesta #340
San Diego, CA 92108

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123

Professional Collection
c/o Clark Garen
6700 S. Centinela Ave, 3rd Floor
Culver City, CA 90230

FORM B104  (08/07)                                                          2007 USBC, Central District of California

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Page 2) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

**RECEIVED**

**AUG 1 4 2015**

CLERK U S BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

| PLAINTIFFS<br>The Attorney General of Canada on Behalf of Her Majesty the Queen in Right of Canada | DEFENDANTS<br>Susan J. Mulley |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>Law Offices of H. Michael Soroy<br>11766 Wilshire Blvd. #270<br>Los Angeles, CA 90025 | ATTORNEYS (If Known)<br>David S. Hagen<br>16830 Ventura Blvd. Suite 500<br>Encino, CA 91436 |
| PARTY (Check One Box Only)<br>☐ Debtor       ☐ U.S. Trustee/Bankruptcy Admin<br>☑ Creditor     ☐ Other<br>☐ Trustee | PARTY (Check One Box Only)<br>☑ Debtor       ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor     ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Nondischargeability of student loans pursuant to 11 U.S.C. section 523(a)(8)

## NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property – §542 turnover of property
☐ 12-Recovery of money/property – §547 preference
☐ 13-Recovery of money/property – §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability – §523(a)(5), domestic support
☐ 68-Dischargeability – §523(a)(6), willful and malicious injury
☑ 63-Dischargeability – §523(a)(8), student loan
☐ 64-Dischargeability – §523(a)(15), divorce or separation obligation
    (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 59,051.49 |

**Other Relief Sought**
attorney's fees

FORM B104 (08/07), page 2                                              2007 USBC, Central District of California

## BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES

| NAME OF DEBTOR | BANKRUPTCY CASE NO. |
|---|---|
| Susan J. Mulley | 2:15-bk-17484-RK |

| DISTRICT IN WHICH CASE IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
|---|---|---|
| Central | Los Angeles | Kwan |

### RELATED ADVERSARY PROCEEDING (IF ANY)

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| | | |

| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
|---|---|---|
| | | |

SIGNATURE OF ATTORNEY (OR PLAINTIFF)

| DATE | PRINT NAME OF ATTORNEY (OR PLAINTIFF) |
|---|---|
| 8/14/15 | Kristin Ingulsrud |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.