United States Bankruptcy Court
Central District of California

In re:
Susan J Mulley
       Debtor

Case No. 15-17484-RK
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-2        User: admin        Page 1 of 1        Date Rcvd: Aug 24, 2015
                               Form ID: b18       Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2015.
```
db              +Susan J Mulley,    1835 N. Oxford Ave.,    Pasadena, CA 91104-1519
smg              Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
36271565        +Bancorpsouth,    PO Box 3370,    Tupelo, MS 38803-3370
36271567        +Canadian Student Loan,    c/o H. Michael Soroy,    11766 Wilshire Blvd., Suite 460,
                  Los Angeles, CA 90025-6547
36271570         Law Offices of David S. Hagen,    16830 Ventura Blvd., Suite 500,    Encino, CA  91436-1795
36271571        +Legal Recovery Law Offices, Inc.,    Attn: Andrew P Rundquist,    5030 Camino De La Siesta #340,
                  San Diego, CA 92108-3118
36271574        +Professional Collection,    c/o Clark Garen,    6700 S. Centinela Ave, 3rd Floor,
                  Culver City, CA 90230-6304
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +EDI: QBDKRASNOFF.COM Aug 25 2015 03:04:00      Brad D Krasnoff (TR),
                  1900 Avenue of the Stars, 11th Floor,    Los Angeles, CA 90067-4699
smg              EDI: EDD.COM Aug 25 2015 03:04:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
                  P.O. Box 826880,    Sacramento, CA  94280-0001
smg              EDI: CALTAX.COM Aug 25 2015 03:03:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
                  P.O. Box 2952,    Sacramento, CA  95812-2952
36271564        +EDI: BECKLEE.COM Aug 25 2015 03:03:00      American Express,    PO Box 3001,
                  16 General Warren Blvd,    Malvern, PA 19355-1245
36271576         EDI: CITICORP.COM Aug 25 2015 03:04:00      Shell Oil / Citibank,
                  Attn: Centralized Bankruptcy,    PO Box 20363,    Kansas City, MO 64195
36271566        +E-mail/Text: bankruptcy@cavps.com Aug 25 2015 03:12:11      Calvary Portfolio Services,
                  Attention:  Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-1340
36271568        +EDI: CAPITALONE.COM Aug 25 2015 03:04:00      Capital One,    Attn: Bankruptcy,    PO Box 30285,
                  Salt Lake City, UT 84130-0285
36271569        +EDI: CHASE.COM Aug 25 2015 03:04:00      Chase BP Prvt Label,    PO Box 15298,
                  Wilmington, DE 19850-5298
36271572        +EDI: MID8.COM Aug 25 2015 03:03:00      Midland Funding,    8875 Aero Dr Ste 200,
                  San Diego, CA 92123-2255
36271573        +E-mail/Text: USTPregion16.LA.ECF@USDOJ.GOV Aug 25 2015 03:11:35      Office of US Trustee-LA,
                  915 Wilshire Blvd. #1850,    Los Angeles, CA 90017-3560
36271575        +EDI: SEARS.COM Aug 25 2015 03:04:00      Sears/Citibank,    PO Box 6189,
                  Sioux Falls, SD 57117-6189
                                                                                               TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
36271577*       +Susan J Mulley,    1835 N. Oxford Ave.,    Pasadena, CA 91104-1519
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2015                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2015 at the address(es) listed below:
```
              Brad D Krasnoff (TR)    jmcdaniel@dgdk.com, bkrasnoff@ecf.epiqsystems.com
              David S Hagen    on behalf of Debtor Susan J Mulley go4broq@earthlink.net
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 3
```

B18 (Official Form 18)(12/11)

# United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Susan J Mulley

**BANKRUPTCY NO.** 2:15−bk−17484−RK

**CHAPTER** 7

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):   xxx−xx−0729
**Employer Tax−Identification (EIN) No(s).(if any):**  N/A
**Debtor Discharge Date:** 8/24/15

**Address:**
1835 N. Oxford Ave.
Pasadena, CA 91104

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code). SEE THE BACK OF THIS ORDER FOR EXCEPTIONS AND OTHER IMPORTANT INFORMATION.

BY THE COURT,

Dated: August 24, 2015

**Kathleen J. Campbell**
Clerk of the Court

_____

*\* Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

(Form b18−DIS Rev. 12/2011) VAN−30

11 / AUT

B18 (Official Form 18) Cont.
Rev.(12/11)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes;
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court, under section 523 of the Bankruptcy Code or other applicable law, specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.